UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
    VS.          PLAINTIFF
NEW BRITAIN TRANS. CO;
CITY OF NEW BRITAIN;
NEW BRITAIN POLICE DEPT;    CIVIL NO. 3-03CV150(
DAVID M. LORE;
STATE OF CONNECTICUT
STATE POLICE DEPT;

DEFENDANT'S

NOTICE

PLEASE be advised that you are being sued in the UNITED STATES DISTRICT COURT, complain under

I) DEPRIVATION OF CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW 42 USC §1983 FRCP 51, §1985

II) EQUAL RIGHTS - TITLE 28 U.S.C.S. §1981 A,B, §1981 (A) I RIGHTS OF RECOVERY CIVIL RIGHTS (2) DISABILITY

III) NEGLIGENCE PURSUANT TO C.G.S. SECTIO §14-243, §14-241, AND §14-232

IV) NEGLIGENCE, WILFULL MISCONDUCT, §52- WILFULL OR INTENTIONAL TORT

EXHIBIT'S - A

To,
THE CONNETICUT DEPARTMENT
OF TRANSPORTATION:

July 5, 2002

Case No.
3-03CV150(RNC)
MRK

Dear Sir,

My name is CHARLES FORD, I am presently involed in lawsuit with the NEW BRITAIN TRANSPORTATION COMPANY.

On May 10, 2000, I the Plaintiff CHARLES FORD vs. NEW BRITAIN TRANSPORTATION DOCKET NUMBER # CU000503369 was injured in bus accident in which the bus driver closed the door's on my face causing injuries and pain.

On May of that year 2000 the bus driver personaly, told the plaintiff twice to get off the bus in front of other passenger's, invading my civil right's, which is against the right's of my consitution right's.

Could you look into this matter, and inform me of your investigation.

My address is P.O. Box 693, New Britain ct 06050.

Thank you
CHARLES FORD
Tel=826-2242   860
               Area Code

# STATE OF CONNECTICUT
## DEPARTMENT OF TRANSPORTATION

2800 BERLIN TURNPIKE, P.O. BOX 317546
NEWINGTON, CONNECTICUT 06131-7546
Phone:



Case No.
3-03 CV 150 (RNC) (MFK)

July 16, 2002

Mr. Charles Ford
P.O. Box 693
New Britain, CT 06050

Dear Mr. Ford:

    This is in response to your letter of July 5, 2002 reporting an incident on a New Britain Transportation Company bus.

    It is inappropriate for the Department to investigate your complaint since you have already chosen to pursue legal remedies to the matter. Further, given that this incident occurred over two years ago, any investigation at this point would be difficult at best.

Very truly yours,

Michael A. Sanders
Transit and Ridesharing Administrator
Bureau of Public Transportation

cc:    Peter Agostini, New Britain Transportation Co.

*An Equal Opportunity Employer*
Printed on Recycled or Recovered Paper

```
089  CITY OF NEW BRITAIN CONN    06051 GRAND LIST OCTOBER 1, 1990    PERSONAL PROPERTY FILE                                    PAGE: 30

                                                              ASSESSMENTS
LIST  OWNERS NAME AND ADDRESS          DST    DESCRIPTION    CAT UNITS      AMT                           EXEMPTIONS      GROSS    NET
                                                                                                                          EXEMPT

20296 BRUSCHINO CAROL + MANNIX DEBRA
      DBA HAIR TODAY
      115 PINEHURST AVENUE
      NEW BRITAIN CT             06053           16     .00    1310 FURNITURE + FIX                                       1,310
                                                                                                                              0
                                                                                                                          1,310
--------------------------------------------------------------------------------------------------------------------------------
20297 BRUSCHINO PASQUALE
      DBA TWIN CITY EXXON
      175 NEWINGTON AVENUE
      NEW BRITAIN CT             06051           10     .00    7500 MACHINERY                                             7,500
                                                                                                                              0
                                                                                                                          7,500
--------------------------------------------------------------------------------------------------------------------------------
20298 BRYSGEL HOME IMPROVEMENT INC
      BRYSGEL WALTER A
      101 DAYL DRIVE
      KENSINGTON CT              06037           16     .00    1400 MACHINERY                                             1,700
                                                               300 FURNITURE + FIX                                            0
                                                                                                                          1,700
--------------------------------------------------------------------------------------------------------------------------------
20299 BRYT ENTERPRISES INC
      DBA MATT'S RESTAURANT
      46-50-54 W MAIN ST
      NEW BRITAIN CT             06053           16     .00   11560 FURNITURE + FIX                                      11,560
                                                                                                                              0
                                                                                                                         11,560
--------------------------------------------------------------------------------------------------------------------------------
20300 BUCCHI PETER                             LOC: 10 WEST PEARL
      VIDEO STUDIO FOUR
      848 WEST MAIN
      NEW BRITAIN CT             06051           10     .00    3570 MACHINERY                                            10,070
                                                  16     .00   6500 FURNITURE + FIX                                           0
                                                                                                                         10,070
--------------------------------------------------------------------------------------------------------------------------------
20301 BUCHANAN MARINE INC
      ONE LIBERTY SQUARE
      NEW BRITAIN CT             06051           16     .00   58470 FURNITURE + FIX           29230 GGC                  59,470
                                                                                                                         29,230
                                                                                                                         29,240
--------------------------------------------------------------------------------------------------------------------------------
20302 BUCHIERE EDWARD W                        TRUMBULL RESTORATION
      CATUCCI DAVID
      BOX 1306
      FARMINGTON CT              06032           10     .00   18430 MACHINERY                                            20,030
                                                  16     .00   1600 FURNITURE + FIX                                           0
                                                                                                                         20,030
--------------------------------------------------------------------------------------------------------------------------------
20303 BUDEN'S RESTAURANT
      162 NORTH ST
      NEW BRITAIN CT             06051           16     .00    2000 FURNITURE + FIX                                       2,000
                                                                                                                              0
                                                                                                                          2,000
--------------------------------------------------------------------------------------------------------------------------------
20304 BUDNICK JOSEPH
      BUDNICK PLUMB & HEATING
      1302 STANLEY ST
      NEW BRITAIN CT             06053           90     .00    2500  10 MACHINERY  N                                      2,500
                                                                                                                              0
                                                                                                                          2,500
--------------------------------------------------------------------------------------------------------------------------------
20305 BURGIO PAUL
      DBA BURGIO'S TAILOR SHOP
      707 STANLEY STREET
      NEW BRITAIN CT             06051           10     .00     800 MACHINERY                                               800
                                                                                                                              0
                                                                                                                            800
--------------------------------------------------------------------------------------------------------------------------------

PAGE TOTAL    10 RECORDS.    115,940 GROSS ASSESSMENT    29,230 EXEMPTIONS.    86,710 NET ASSESSMENT.    20296 BRUSC
```

*[Handwritten note:] Superior Witness called police as plaintiff 1-23-1990*

II) AMEND U.S.C.A. § 621 et. seq, U.S.C.A. § 241, U.S.C.A. § 242 — CARRIER OR BROKER'S §14-704 a-1+2, 135 shorter §14-102-103

III) AMEND 13th, 14th of 5, 15th, AMEND XIV § 1

~~Charles J Ford~~
Charles J. Ford
Pro. Se.

CERTIFCATION

I hereby certify that on September 29, 2003 the foregoing was mailed to all parties of record, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN 06510.

1) IRENA JADWIGA URBANIAK, ESQ.
CORPORTATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, Ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, Ct. 06708

3) MYCHEAL P. FARREL, ESQ.
201 CENTER STREET
WEST HAVEN, Ct. 06516

4) STATE POLICE/
MUNCIPAL POLICE
TRAINING COUNSEL
285 PRESTON AVENUE
MERIDEN, Ct.

ORAL ARUG NOT REQ
SEPTEMBER 29, 2003

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL- 860-826-7742

(2)