FILED
Oct 17  3 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES J. FORD | : | CASE NO. 3:03CV150 (MRK) |
| vs. | : | |
| NEW BRITAIN TRANS. CO., ET AL | : | SEPTEMBER 30, 2003 |

### STIPULATION OF WITHDRAWAL OF ACTION AGAINST JIMMY'S QUALITY SMOKE SHOP ONLY

The Parties to the above captioned matter hereby stipulate that the above action pending against Jimmy's Quality Smoke Shop, only, shall be withdrawn, without costs to either party.

Plaintiff

_____
Charles J. Ford
63 Walnut Street
New Britain, CT 06050

Defendant – Jimmy's Quality Smoke Shop

By_____
Daniel A. Silver, Esq.
Law Office of Daniel A. Silver
ct 08183

LAW OFFICE OF DANIEL A. SILVER
ONE LIBERTY SQUARE • P.O. BOX 698 • NEW BRITAIN, CT 06050-0698 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO.417231

LAW OFFICE OF
# DANIEL A. SILVER
ONE LIBERTY SQUARE
POST OFFICE BOX 698
NEW BRITAIN, CONNECTICUT 06050-0698

DANIEL A. SILVER

BRIAN M. SILVER*
*Also admitted in PA

TEL. (860) 225-3518
FAX (860) 348-0612

Daniel@lawsilver.com

Brian@lawsilver.com

September 30, 2003

Charles J. Ford
63 Walnut Street
New Britain, CT 06050

**Re: Charles J. Ford v. Jimmy's Quality Smoke Shop**

Dear Mr. Ford:

  After you appeared at my office with a copy of your Amended Complaint, I realized that, notwithstanding the fact that you filed an Amended Complaint, technically Jimmy's Quality Smoke Shop may still be a party to this lawsuit. As a result, I am requesting that we enter into a Stipulation in which you will voluntarily withdraw the case against Jimmy's Quality Smoke Shop only. By signing this Withdrawal, you will in no way be withdrawing the case against any of the other parties which are listed in the Amended Complaint.

  If you are unwilling to sign this Withdrawal, I will have to file some motions in Federal Court which you will need to respond to, as I must clarify, officially, that Jimmy's Quality Smoke Shop is no longer a party to this action.

  If you have any questions on this matter please feel free to call my office and make an appointment to come in to see me as I will be glad to discuss this further with you. I am writing this letter directly to you as you are not represented by a lawyer and are acting in a pro se manner. Although I understand that many of these procedures are somewhat complicated, the rules must be adhered to which results in the necessity of my having a specific Withdrawal entered into the Court.

            Very truly yours,

            Daniel A. Silver

DAS:as
enc.