UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Charles J. Ford, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv150 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| New Britain Trans. Co., et al, | : | |
| | : | |
| Defendants. | : | |

### ORDER

1. The Objection to Addition of Emergency Medical Services Administration as a Named Defendant in Plaintiff's Amended Complaint [doc. #44] is GRANTED absent objection. Any claims against New Britain Emergency Medical Services are hereby dismissed.

2. Defendant State of Connecticut, Department of Transportation's Motion to Dismiss is GRANTED. Under the Eleventh Amendment, a State (or its agencies and officials) may not be sued by private individuals in federal court. *Bd. of Trs. of the Univ. of Ala. v. Garrett*, 531 U.S. 356, 363 (2001). The only exceptions to this rule are where the State waives its immunity and consents to suit in federal court, or where Congress abrogates the State's immunity pursuant to its power under the Fourteenth Amendment. *Atascadero State Hosp. v. Scanlon*, 473 U.S. 234, 238 n.1, 242 (1985). Neither of these exceptions apply here, and Plaintiff is thus barred from suing the

State Department of Transportation. The Court additionally notes that Plaintiff has not objected to the motion.

3. Pursuant to its October 9, 2003 letter to the Court, the City of New Britain is given permission to renew its Motion to Dismiss.

4. Plaintiff's Motion for Leave of Court to Amend his Complaint [doc. #48] is GRANTED absent objection. The Clerk is directed to docket the Amended Complaint.

5. The parties will submit status reports to the Court by **December 8, 2003**, pursuant to the attached instructions.

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: November 17, 2003

RE:     **CASE NO. 3:03cv150(MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **December 8, 2003**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK