UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
    US.

NEW BRITAIN TRANS. CO;
CITY OF NEW BRITAIN;
NEW BRITAIN POLICE DEPT;
DAVID M. LORE;
STATE OF CONNECTICUT
STATE POLICE DEPT;

PLAINTIFF

United States District Court
District of Connecticut
FILED AT        NEW HAVEN

11 17 03    CIVIL NO.# 3-03CV150(MRK)
            20

Kevin F. Rowe, Clerk

By_____
       Deputy Clerk

DEFENDANT'S

AMENED COMPLAINT / THE PLAINTIFF

A) PLAINTIFF, CHARLES J. FORD move's FOR Leave of court, to
Amened his complaint, pursuant Federal civil rules
procedure rule 15, A-B-C.

B) PLAINTIFF, move's pursuant to Federal rules civil
procedure 12(E) the city defendant's and the DISTRICT
court order for a more definite statement; dated
September 12, 2003.

C) PLAINTIFF, amends his complaint as course pursuant
to the provisions of rule 15, A-B,-C, - 1, 2, 3,-2, 4(M) A-B, of
the Federal rules of civil procedure.

D) PLAINTIFF, move's to amend complaint by rule 20, per-
missive JOINDER OF parties; A-B RULE 18,(A) RULE 19, A, 1-2
(i)(ii) and rule 23, 1, 2, 3, 4, A-B 2, 3, A, B, C, D, OF the Federal
rules of civil procedures, and class actions.

OROL ARUG NOT REQ
September 29, 2003

CHARLES J. FORD
Charles J. Ford
P3 BOX 693
NEW BRITAIN, Ct, 06050
Tel- 860-826-7742

I) Deprivation of constitutional rights under color of Law - 42 USC §1983 FRCP 51, §1985.

II) Equal rights - Title 28 USCS §1981 A,B,C, §1981(A)-1 rights of recovery civil right (2) Disability.

III) Negligency, wilfully misconduct, §52-577 wilfully or Intentional Tort.

IV) Negligency pursuant to C.G.S. section §14-243 §14-241, and §14-232.

V) Rights and remedies of person's Injured by carrier or broker's §14-704 A-1+2, and under chapter 135 §14-102, §14-103 Enforcement action of order, and Damages.

VI) Negligency, wilfully misconduct and Intentional tort, Amended §14th of the 5th, §13th, 15th U.S.C.A. §241 conspiracies, U.S.C.A. §242 Deprivation of rights under color of Low, U.S.C.A. §621 et. seg. Damages, 28 U.S.C.A. §§144. Amend XIV, §1, (13A) person protected civil rights, (3A) privileges and immunities, (7), 8, 10 A, 13, 11, 15, 27, and 6 to the constitution.

## THE UNDERSIGNED REPRESENTS:

1) On May 11, 2000, at around 10 a.m. or 11 a.m., the plaintiff, Charles J. Ford was walking in a westerly direction along myrtle street, a public street in New Britain, Connecticut near the intersection of main street and stopped in preparation to board the bus.

(2)

2) At said time and place, the bus owned and operated by the Defendant, NEW BRITAIN TRANSPORTATION COMPANY, and driven by DAVE M. LORE, was traveling in a westerly direction along MYTLE STREET when it came to a stop. While waiting for five other passenger's first to board, I then went to board, on trying to enter the bus driver closed the door's on my head, ear's, eyeglass's, causing me to suffer serious injuries and losse's that are set forth, while the bus was in motion with my body on the roadway and my head inside caught on the door's for a distance of around ten feet, before coming to a stop. The Plaintiff suffered pain, aggravation of injuries, medical and hospital expenses, that lead to loss of enjoyment of life and the loss of the use of neck, shoulder's, head, lower and part's of the back of plaintiff's body movement.

3) On January 29, 1990, the bank on west main street and corbin avenue in NEW BRITAIN, Ct, was robbed at gunpoint; NEW BRITAIN NATIONAL BANK, the day after the plaintiff, CHARLES J. FORD was beating severely on the head, leg's, neck, face, mouth, arm's and shoulder's, back then throw to the pavement, cuffed, searched, and released without medical attention by the state POLICE Helichopers and Federal Bureau of Investigations Helichopers, THE NEW BRITAIN DETECTIVES, plain-clothes police officer's, state POLICE officer's where involved

③

with the Federal Bureau of Investigation's on January 29, 1990, at 8:30 A.M. in the morning of beating my person across from the City Hall Building, where plaintiff's injuries of pain and suffering, aggravation of injuries, medical and hospital expenses, that lead to loss of enjoyment of life and the loss of the use nervousness, mental, physical, Disorders to the neck, head, face, mouth, leg's, arm's, shoulder's and back of Plaintiff body movements some of them, perment. THIS lead to the First Filmed Evidence of Civil Right's Violation's of Deprivation of Constitutional Right's under color of Law 42-U.S.C. § 1983; FRCP 51, § 1985, and proceeding § 28 U.S.C. under § 1343, against the CITY OF NEW BRITAIN, and the NEW BRITAIN POLICE DEPARTMENT, STATE POLICE Department of Connecticut, and the Federal Bureau of Investigation's. THIS continued after released by being Followed home From main street to east main street to broad street into Business of NEW ENGLAND Shoppie, your eye's Care Center, ARROW DRUG's store, NEW BRITAIN HOUSING ATHOURITY AREA'S, DOCTOR's OFFICE's, HOSPITAL's, BANK's, Jimmy Quality Smokeshop, Soleski roofing and snowground, Datko Bus Inc, and Datko School Bus Division, RIZZO pool and SKIshop, Emergency Medical Services sdm, WEBTER BANK, AMERICAN Saving Bank, FLEET BANK, C US drugstore's, Dugout Bar and cafe, this involved police misconduct, with nurse's and assault § 52-577 willfull or Intentional tort's, willfull misconduct on my person involving the City OF NEW BRITAIN NEW BRITAIN POLICE DEPT; STATE POLICE DEPT; NEW BRITAIN Transportation Dept; DAVID M. LORE, in this lawsuit against all parties for relief under recovery act's in the DISTRICT COURT, and 13th, 14th § 5, 15th U.S.C.A. § 241, U.S.C.A. § 242, U.S.C.A. § 621 et. seg; § 14-704-A 1+2 under chapter 135 carrier's and Broker's § 14-102, § 14-103.

(4)

4) Mr. Dave Lore, and other bus drivers where involed, under §2000 A, §2000 A-I, 42§ of this title section 3+4 U.S.C. §1981, §1981 A-I, with the city of New Britoin, New Britoin Police Dept, State Police Dept, and the Federal Bureau of Investigation's where more injuries acurred and personal robbed by the public and the police, with the help of nurses's, from the year January 29, 1990 thur June 30, 2003. These people where also involed with me being a passenger on the bus with nurse's, undercover agence's, These are some of the name's of the police officer of New Britoin that assulted my person, Captain Clifford Willis, Milton Riley, Gary Riley, Raymond Zisk, Lut. Petano, Det. Philpes, Ignodie, Robert Wytos, Wanda Hadeka, Cash, St. Marie, Chutes, Milesa Situes, Officer Situes Gasper, Morales, Gallo, Debbie Bettelini, Al Rizzo, Mayor Mac Namara, Mayor DeFonso, Rennee Cusano, Oak's, These are some of the police officer's that are involed with assault §52-577 wilfull or Intentional Torts and Battery,

5) Plaintiff's, First count against the City of New Britoin, Connecticut, New Britoin Police Dept, accident dated 5-10-2000 and 1-29-1990, Plaintiff's charge's the City Defendant's with Deprivation of consitutional rights under color of law 42 U.S.C §1983 FRCP 51, §1985, §52-577 wilfull or Intentional Tort, Amend 14th §5, 13th, 15th U.S.C.A. §241, §242 U.S.C.A, U.S.C.A. §621 et. seq; Equal rights -Title 28 U.S.C.A. §1981 A, B, C, §1981(A)I rights of recovery civil rights (2) Disablity.

6) Plaintiff second count against David M. Lore and New Britoin Transportation Company accident's dated 1-29, 1990, 5-10-2000, Plaintiff charge's §52-577 wilfull or Intentional Tort, negligence, wilfull misconduct, equal

⑤

Rights Title 28 U.S.C.S. §1981 A, B, C, §1981C ) I Rights of
Recovery civil rights (2) Disability ; Deprivation of consti-
utional rights under color of law 42 U.S.C. §1983 FRCP 51,
§1985, §14-704 (A) I+2, under chapter 135, §14-102, §14-103
Person's injuries by correi's, AMEND 14th, §5, 13th, 15th U.S.C.A.
§241, U.S.C.A. §242, U.S.C.A. §621 et seq; AMEND ~~XIII~~
§1, 6, 7, 8, 10 A, 11, 13, 15, 13 A), 27, (3A) privileges and immunities
to the constitution, negligence pursuant to C.G.S. section §14-243, §14-241, §14-2

7) The Plaintiff, claims damages alleged sustained as result of
the Defendant's proximates and legal negligence, count one and
two, under the U.S.C.S. section (1)(2) article III title 42 section
3612 and venue section (1391) A, B, C, E, 123, 1332 C and Juris-
diction under 42 USC §1983 FRCP 51, §1985 and [#] Freedom of
Information Act section 1-210, claims of denying and de-
priving the Plaintiff of liberty Interest protected under
the 4th 5th, 7th, 6th, 7th, 11th, 14th of 5 amendments to the
constitution, Jurisdiction in civil and criminal matter's
provisions of title 13, 24, 70, in the District court.

8) From all of the aforesaid injuries or effects thereof,
the Plaintiff has suffered and will continue to suffer
pain, mental anguish, and nervousness, some of which
injuries or effects thereof are, or are likely to be,
permanent.

9) As a Further result of the Defendant's Neg-
ligence and carelessness, as aforesaid, the Plaintiff has
incurred expense's for hospital care, medical care,
eyeglasses, and it will be necessary for me to incurr
additional expense's for items in the Future.

10) As a further result, of the defendant's negligence and carelessness, as aforesaid, the plaintiff's ability to enjoy life's offering has been impaired, and will continue to be impaired.

11) Wherefore, the plaintiff claims the following damages, jointly and severally, against each defendant;

12) Compensatory damages in an amount in excess of # Three Million Dollar's $3,000,000.⁰⁰.

13) Punitive damages in an amount in excess of $1,000,000.⁰⁰. One Million Dollar's.

14) A Demand for Jury Trial, 38 (A) ]

15) Such other and further relief as this court may deem appropriate, including cost; and reasonable attorney's fee's.

CERTIFCATION

I hereby certify that on September 29, 2003 the foregoing was mailed to all parties of record and to United States District Court Clerk's Office 141 Church Street New Haven 06510.

1) Irene Jodhigo Urbaniak, Esq.
Corporation Counsel's Office
City of New Britain
27 W. Main Street
New Britain, Ct 06051

2) John A. Blazi, Esq.
1138 W. Main Street
Waterbury, Ct. 06708

3) Mitchel P. Farrel, Esq.
201 Center Street
West Haven, Ct. 06516

4) State Police / Municipal Police Training Counsel
285 Preston Av Meriden

Charles J. Ford
Charles J. Ford
P.O. Box 693
New Britain, Ct, 060s

⑦