UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD      PLAINTIFF
   VS.
NEW BRITAIN TRANS. CO;
CITY OF NEW BRITAIN;
NEW BRITAIN POLICE DEPT;
DAVID M. LORE;
STATE OF CONNECTICUT
STATE POLICE DEPT;     DEFENDANT'S

FILED
DEC 3 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN
CIVIL NO. 3-03CU150(MRK)

PLAINTIFF'S

MOTION FOR SUMMARY JUDGMENT
AND
DECLARATORY JUDGMENTS

   CHARLES J. FORD, PLAINTIFF MOVE'S FOR "MOTION FOR SUMMARY JUDGMENT" Federal Rules of Civil Procedure Rule 56, A,C,D,E, to the Defendant's and the DISTRICT COURT, AMENDED COMPLAINT dated September 29, 2003.

   CHARLES J. FORD, PLAINTIFF MOVE'S FOR "DECLARATORY JUDGMENTS" pursuant to Federal Rules of Civil Procedure Rule 57, 58, pursuant to title 28, U.S.C., §2201, provided in rules 38 and 39, subject provisions of rules 54(B) 1,2, to the Defendant's and the DISTRICT COURT, AMENDED COMPLAINT dated September 29, 2003.

   CHARLES J. FORD, PLAINTIFF MOVE'S FOR "COUNTER-CLAIM AND CROSS-CLAIM RULE 13, 1-2,(A)B)C)D)E)F)G)H)I); pursuant to Federal Rules of Civil Procedure Rules 13, 14.

DECEMBER 2, 2003
ORAL ARUG NOT REQ.

CHARLES J. FORD
*Charles J. Ford*
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL- 860 - 229-3317

Case 3:03-cv-00150-MRK    Document 55    Filed 12/01/2003    Page 2 of 3

## CERTIFICATION

I hereby certify that on December 2, 2003 the foregoing was mailed to all parties of record, and to the United States District Court Clerk's Office 141 Church Street New Haven 06510.

1) IRENA Jodwigo Urbonjak, Esq.
Corporation Counsel's Office
City of New Britain
27 W. Main Street
New Britain, Ct. 06051

2) John A. Blazi, Esq.
1138 W. Main Street
Waterbury, Ct. 06708

3) Micheal P. Farrel, Esq.
201 Center Street
West Haven, Ct. 06516

4) State Police / Municipal Police Training Counsel
285 Preston Avenue
Meriden, Ct.

Oral Arug Not Req
December 2, 2003

Charles J. Ford
Charles J. Ford
P.O. Box 693
New Britain, Ct. 06050
Tel- 860 2293317