UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

  PLAINTIFF

US.

NEW BRITAIN TRANS. CO., et al.,

  DEFENDANT'S

FILED
DEC 8  3 23 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

NO. 3-03CV150 (MRK)

## PLAINTIFF'S / STATUS REPORT

A) STATUS OF THE CASE / PENDING MOTIONS

PLAINTIFF CHARLES J. FORD, MOVE'S FOR "MOTION FOR SUMMARY JUDGMENT" and DECLARATORY JUDGMENT'S; AND COUNTER CLAIM AND CROSS-CLAIM ON DECEMBER 3, 2003

PLAINTIFF CHARLES J. FORD, FILED A CLAIM FOR AMENDED COMPLAINT ON SEPTEMBER 29, 2003, WHICH IS TO DATE NOT ANSWERED BY THE NAMED DEFENDANT. CITY OF NEW BRITAIN, NEW BRITAIN POLICE DEPT, NEW BRITAIN TRANS. CO, and DAVID M. LORE.

B) PLAINTIFF FIND'S THE INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL

DECEMBER 5, 2003
ORAL ARUE NOT REQ.

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL 860-2293317

MASTERS PROGRAM, , MOST FAVORABLE.

C) PLAINTIFF FIND'S MOST FAVORABLE, AND WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE.

D) PLAINTIFF FIND'S ESTIMATED LENGTH OF TRIAL SET AT AROUND 1 TO 2 WEEK'S.

### CERTIFCATION

I hereby certify that on December 5, 2003 the foregoing was mailed to all parties of record, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN 06510.

1) IRENA Jadwiga URBONIAK, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, CT. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, CT. 06708

3) MICHEAL P. FARREL, ESQ.
201 CENTER STREET
WEST HAVEN, CT.
06516

DECEMBER 5, 2003
ORAL ARUG NOT REP

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06051
TEL 860-229-3310