UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
    vs.                           PLAINTIFF
NEW BRITAIN TRANS. CO., et al     CIVIL NO. 3-03CV150(MRK)
                                  DEFENDANT'S

FILED
DEC 11  3 47 PM '03
U.S DISTRICT COURT
NEW HAVEN CONN

PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
AND
DECLARATORY JUDGMENT'S

PLAINTIFF CHARLES J. FORD, MOVE'S FOR "MOTION FOR SUMMARY JUDGMENT" and "DECLARATORY JUDGMENT'S" Federal Rules of Civil Procedure Rule 56, A,C,D,E, FRCP 57, 58, title 28, U.S.C., § 2201, provided in Rules 38 and 39, subject provisions of Rules 54(B) 1, 2, to the CITY DEFENDANT'S and the DISTRICT COURT, Amended complaint dated September 29, 2003.

PLAINTIFF CHARLES J. FORD, MOVE'S FOR "COUNTER claim and CROSS-claim Rule 13, 1, 2, (A) B) C) D) F) G) H) I); pursuant to Federal Rules of Civil Procedure Rules 13, 14, and Rule 56 E), to exhibit's 9, 4, X, Z, T, etc.

DECEMBER 3, 2003
ORAL ARGUS NOT REQ
NOVEMBER 4, 2003

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL- 860-2293317

## CERTIFCATION

I hereby certify that on DECEMBER 3, 2003 the foregoing was mailed to all parties of records, and the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET, NEW HAVEN 06510.

1) IRENA JODWIGA URBONIAK, ESQ,
   CORPORATION COUNSEL'S OFFICE
   CITY OF NEW BRITAIN
   27 W. MAIN STREET
   NEW BRITAIN, CT. 06051

2) JOHN A. BLAZI, ESQ.
   1138 W. MAIN STREET
   WATERBURY, CT. 06708

3) MICHAEL P. FARREL, ESQ,
   201 CENTER STREET
   WEST HAVEN, CT. 06516

DECEMBER 3, 2003
ORAL ARUG NOT REQ

CHARLES J. FORD
Charles J Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL 860-229-3317

Exhibits X

CASE NO
3.03 CV150 (MRK)

# Newington Police Department

FILED

Nov 21  2 20 PM '03

U.S. DISTRICT
NEW HAVEN

**Richard C. Mulhall**
*Chief of Police*

Date: 11-4-03

I Charles J Ford

of New Britain CT

Date of Birth 03-06-1953   Place of Birth NEW BRITAIN CONNECTICUT

wish to make an inquiry as to any Criminal records that I may have.

My signature below indicates approval for the Newington Police Department to check my record.

_Charles J. Ford_
Signature

## RECORD

| Date | Charge | Disposition |
|------|--------|-------------|
|      |        |             |

NO RECORD ~~~~~~~~~~~~

This is a record of arrests by the Town of Newington Police Department and does not include arrests that have been made by other law enforcement agencies.

November 4, 2003
Date

_Sherry Lancuski_
Newington Police Department
Record Clerk

131 Cedar St. Newington, Connecticut 06111-2642 Phone (860)666-8445 FAX (860)665-7688