UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 15   1 06 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| CHARLES J. FORD | : | CIVIL ACTION |
| VS. | : | NO: 3-03 CV 150 (MRK) |
| NEW BRITAIN TRANSIT CO., ET AL | : | DECEMBER 8, 2003 |

### DEFENDANT NEW BRITAIN TRANSIT COMPANY'S STATUS REPORT

A)  The Defendant, New Britain Transit Company, anticipates the filing of a Motion to Dismiss in the immediate future. The Defendant has not filed this motion in that the required discovery is still being conducted.

B)  The Defendant, New Britain Transit Company, has no objection to a referral for settlement purposes to a United States Magistrate Judge or to the District's Special Masters Program;

C)  The Defendant, New Britain Transit Company, has no objection to a trial before a magistrate judge;

D)  The Defendant, New Britain Transit Company, anticipates that the trial will take one to two days.

LAW OFFICES OF JOHN A. BLAZI, ESQ., 1138 West Main Street, Waterbury, CT 06708, Juris No. 419424
Telephone: (203) 596-0600                                                              FAX: (203) 596-7953

DEFENDANT: NEW BRITAIN TRANSIT COMPANY

BY _____
John A. Blazi
Federal Bar No. CT 01392
LAW OFFICES OF JOHN A. BLAZI
1138 West Main Street
Waterbury, CT 06708
Telephone: (203) 596-0600

### CERTIFICATION

This is to certify that a copy of the above has been mailed this 8th day of December, 2003 to the following counsel and pro se of record:

Irena J. Urbaniak
Corporation Counsel
City of New Britain
27 West Main Street
New Britain, CT 06051

Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

Charles J. Ford
P.O. Box 693
New Britain, CT 06050

_____
John A. Blazi

LAW OFFICES OF JOHN A. BLAZI, ESQ., 1138 West Main Street, Waterbury, CT 06708, Juris No. 419424
Telephone: (203) 596-0600                                                              FAX: (203) 596-7953