FILED

Dec 12   3 52 PM '03

U.S. DISTRICT COURT
NEW HAVEN. CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLES J. FORD                    :
    Plaintiff                      :
                                   :    Case No. 3:03CV150 (MRK)
    v.                             :
                                   :
NEW BRITAIN TRANS. CO.;             :
CITY OF NEW BRITAIN;                :
NEW BRITAIN POLICE DEPT.;           :
DAVID M. LORE                       :
    Defendants                     :    December 11, 2003

### DEFENDANTS CITY OF NEW BRITAIN AND
### NEW BRITAIN POLICE DEPARTMENT'S STATUS REPORT

A)   The named defendants filed a Motion to Dismiss on December 4, 2003. (The first Motion to Dismiss had been filed on May 2, 2003.  On August 18, 2003, the Honorable Judge Robert N. Chatigny adopted the Magistrate's recommendation denying without prejudice the defendants' Motion to Dismiss.  By order dated November 17, 2003, the Court gave permission to the defendants to renew their Motion to Dismiss.)

B)   The named defendants have no objection to a referral for settlement purposes to a United States Magistrate Judge or to the District's Special Master Program.

C)   The named defendants object to a trial before a Magistrate Judge.

D)   The named defendants anticipate that the trial will take one or two days.

DEFENDANTS CITY OF NEW BRITAIN
and NEW BRITAIN POLICE DEPT.

By Office of Corporation Counsel


Irena J. Urbaniak
Attorney for Defendants
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (203) 826-3420
Federal Bar Number ct01322


## CERTIFICATION

I hereby certify that on December 11, 2003, a copy of the above was mailed to the pro se plaintiff and other defendants:

Charles J. Ford
P. O. Box 693
New Britain, Connecticut 06050

John A. Blazi, Esq.
Law Offices of John A. Blazi
1138 West Main Street
Waterbury, Connecticut 06708


Irena J. Urbaniak
Attorney at Law


-2-