UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

PLAINTIFF

vs.

NEW BRITAIN TRANS. CO.;
CITY OF NEW BRITAIN;
NEW BRITAIN POLICE DEPT;
DAVID M. LORE;

DEFENDANT'S

FILED
Dec 30  11 53 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CASE NO. 3-03CV150(MRK)

## MOTION FOR PROTECTIVE ORDER

THE PLAINTIFF, CHARLES J. FORD PRO. SE. moves pursuant to Federal Rules of Civil Procedure Rules 26"C to the "CITY DEFENDANT'S", NEW BRITAIN POLICE Department and the City of NEW BRITAIN claim dated September 29, 2003.

A) THE PLAINTIFF, has FEAR that I would not RECIEVE a FAIR hearing or judgement in my home town of NEW BRITAIN, as well as the Saftey Factor, that is protection from annoyance, harassment, embarrassment, oppression, or undue burden of the law, Police Force and security protocol, and the citizen of NEW BRITAIN and surrounding area's of BERLIN, SOUTHINGTON, PLAINVILLE, NEWINGTON and BRISTOL, HARTFORD, ct..

B) THE PLAINTIFF, Firmly believe's that investagation by the court into the town of NEWINGTON would lead to purchased Lottery ticket's by Plaintiff and stolened by the consumer protection agency and cashed at around the value of $30,000.00 dollar's missing to Plaintiff, by being excessive force, unreasonable search, assault on the plaintiff in Jimmy quality shop in NEW BRITIAN, around the year 1987.

C) THE PLAINTIFF, Firmly believe's that investagation by the court into the town of SOUTHINGTON and PLAINVILLE would lead to the PLAINTIFF being gun-shot in a Southington parking lot, by a Southington Police officer's at the DIA A TONE, without the emergency ambulance medical services, left to die.

D) the Plaintiff state's while working for RIZZI POOL and SKIshop IN BERLIN ct. in the year 1979 at a site in Southington the Plaintiff was beat to the head and body, and throw into pool side ditch and eletric device used, left for dead by worker's to this day nothing has been done about this matter's.

D) the Plaintiff, was in the UNITED STATE'S ARMY in 1980 and Discharged honorable, because of the nature, and cause's of injuries the recurring office of BRISTOL is at fault by the state of these office's in the Newington's medical center, by these police officer's, and HARTFORD, Ct..

(2)

## CONCLUSION

Wherefore, the Plaintiff claims of the complaint dated September 29, 2003, rest in the hand's of the court trial's or DISMISS of the complaint in favor of Defendont's.

Plaintiff, PRO. SE.
CHARLES J. FORD
*Charles J. Ford*
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL - 860-229-3317

## ORDER

The foregoing being heard by the court it is hereby GRANTED / DENIED.

## CERTIFICATION

I certify that on December 31, 2003 copies of all above was mailed to all parties of records, and the clerk's office of the DISTRICT COURT NEW HAVEN.

1) IRENA JODWIGA URBANIAK, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, Ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
NEW BRITAIN, Ct. 06708

3) MICHAEL P. FOREL, ESQ.
201 CENTER STREET
WEST HAVEN, ct. 06516

DECEMBER 31, 2003

PRO. SE. - PLAINTIFF
CHARLES J. FORD
*Charles J. Ford*

(3)