UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

                                    PLAINTIFF
        VS.

NEW BRITAIN TRANS. CO.
DAVID M. LORE ;
                        DEFENDANT'S

FILED

JAN 5  1 10 PM '04

CASE NO. 3-03CV150(MRK)

NEW HAVEN, CONN

PLAINTIFF'S - MOTION FOR

SUMMARY JUDGMENT
AND
DECLARATORY JUDGMENT'S

CHARLES J. FORD, PLAINTIFF MOVE'S FOR "MOTION
FOR SUMMARY JUDGMENT" Federal RULES OF CIVIL
PROCEDURE RULE 26-C, 56, A, C, D, E, to the DEFENDANT'S
NEW BRITAIN TRANS. COMPANY, DAVID M. LORE and the
DISTRICT COURT, AMENDED COMPLAINT dated Sept-
ember 29, 2003.
    A) CHARLES J. FORD, PLAINTIFF MOVE'S FOR "DECLARA-
TORY JUDGMENT'S" pursuant to Federal RULES of CIVIL
PROCEDURE RULE 57, 58, pursuant to the title 28, U.S.C.,
§ 2201 provided in RULES 38 and 39, subject provisions
of RULES 54(B) 1, 2, to the DEFENDANT'S and the DIST-
RICT COURT, AMENDED COMPLAINT dated September 29,
2003,.
    B) CHARLES J. FORD, PLAINTIFF MOVE'S FOR "COUNTER
claim and CROSS-claim RULE 13, I, 2, A) B) C) D) E) F) G) H) I);
pursuant to Federal RULES of CIVIL procedure RULES
13, 14, and RULE 56(E), to exhibit's T, Z, X, Y, Q, I, H, B, A, etc., to
the DEFENDANT'S.

DECEMBER 31, 2003
ORAL ARUG NOT REQ.

CHARLES J. FORD
Charles J. Ford
PLAINTIFF, PRO. SE.
P.O. BOX 693
NEW BRITAIN, ct. 06050
TEL-860-2293317

## CERTIFCATION

I hereby certify that on DECEMBER 31, 2003 the
FOREGOING was mailed to all parties of RECORD's and to
the UNITED STATES DISTRICT COURT CLERK'S OFFICE
141 CHURCH STREET NEW HAVEN, ct. 06510.

1) IRENA JADWIGA URBONIAK, ESQ.
CORPORTATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, ct. 06708

3) MICHEAL P. FARREL, ESQ.
201 CENTER STREET
WEST HAVEN, ct. 06516

PLAINTIFF, PRO. SE.
CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, ct. 06050
TEL-860-229-3317
②

DECEMBER 31, 2003