UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

    vs.    PLAINTIFF

NEW BRITAIN TRANS. CO;
DAVID M. LORE;
    DEFENDANT'S

FILED
JAN 5  1 10 PM '04
U.S. ...

CASE NO. 3-03CV150(MRK)

## MOTION FOR PROTECTIVE ORDER

THE PLAINTIFF, CHARLES J. FORD PRO. SE. MOVE'S pursuant to Federal Rules of Civil procedure Rules 26-"C to the "NEW BRITAIN TRANS. COMPANY" and DAVID M. LORE claim dated September 29, 2003.

A) THE PLAINTIFF, has FEAR that I would not RECIEVE A FAIR hearing or judgement in my home town of NEW BRITAIN, as well as the SAFTEY FACTOR, that is protection FROM ANNOYANCE, hassassment, embarrassment, OPPRESSION, or undue burden of the law, POLICE FORCE and security patrol, and the citizen of NEW BRITAIN and surrounding AREA'S of BERLIN, SOUTHINGTON, PLAINVILLE, NEWINGTON, BRISTOL and HARTFORD, ct.

B) THE PLAINTIFF, Firmly believe's that investigation by the court into the town's of NEW BRITAIN, HARTFORD, NEWINGTON, PLAINVILLE, SOUTHINGTON, BRISTOL, and BERLIN would lead to public transportation problem's, danger from the public citizen's, broker's and carrier's to the Plaintiff's court affair's.

c) THE PLAINTIFF, WAS IN THE UNITED STATES ARMY in the 1980 and Discharged honarable, because of the NATURE, and CAUSE'S of injuries the RECURRING OFFICE of BRISTOL is at Fault by the state of these AFFAIR'S IN the NEWINGTON'S USTERAN'S MEDICAL CENTER, by these POLICE OFFICER'S and HARTFORD POLICE OFFICER'S, if investogated by the DISTRICT COURT, of EXCESSIVE FORCE and MORE injuries to the PLAINTIFF.

## CONCULSION

WHEREFORE, the Plaintiff claims of the complaint dated September 29, 2003, REST IN the hands of the court trails or DISSMISS of the complaint in FAVOR of Defendant's.

PLAINTIFF, PRO. SE.
CHARLES J. FORD
*Charles J. Ford*
P.O. BOX 693
NEW BRISTON, ct. 06050
TEL- 860-2293317

DECEMBER 31, 2003

## ORDER

The foregoing being heard by the court it is hereby GRANTED/DENIED

## CERTIFICATION

I certify that on December 31, 2003 copies of all above was mailed to all parties of records, and the clerk's office of the DISTRICT COURT NEW HAVEN, ct.

1) IRENA JODWIGA URBANIAK, ESQ.
Corportation Counsel's Office
City of New Briston 127 W. Main
Street - New Briston, ct. 06051

2) MICHEAL P. FORD, ESQ.
201 Center Street
WEST HAVEN, ct. 06516

3) JOHN A. BLAZI, ESQ.
1138 W. Main Street
New Briston, ct.

CHARLES J. FORD
PRO SE. - PLAINTIFF
*Charles J. Ford*

DECEMBER 31, 2003

(2)