UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 5   1 18 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

CHARLES J. FORO

PLAINTIFF

vs.

NEW BRITAIN TRANS. CO.;
CITY OF NEW BRITAIN;
NEW BRITAIN POLICE DEPT;
DAVID M. LORE;

CASE NO. 3-03CV150(M.

DEFENDANT'S

MOTION FOR PROTECTIVE ORDER

THE PLAINTIFF, CHARLES J. FORO PRO. SE. MOVE'S pursuant to Federal Rules of Civil Procedure Rules 26"C to the "CITY DEFENDANT'S", NEW BRITAIN POLICE Department and the City of New Britain claim dated September 29, 2003.

A) THE PLAINTIFF, has FEAR that I would not receive a fair hearing or judgement in my home town of NEW BRITAIN, as well as the Saftey Factor, that is protection from annoyance, harassment, embarrassment, oppression, or undue burden of the Law, POLICE FORCE and security protrol, and the citizen of NEW BRITAIN and surrounding area's of BERLIN, SOUTHINGTON, PLAINVILLE, NEWINGTON and BRISTOL, HARTFORD, ct..

B) THE PLAINTIFF, Firmly believe's that investigation by the court into the town of NEWINGTON would lead to purchased lottery ticket's by Plaintiff and stolened by the consumer protection agency and cashed at around the value of $30,000.00 dollar's missing to Plaintiff, by being excessive force, unreasonable search, assault on the plaintiff in Jimmy quality shop in NEW BRITAIN, around the year 1987.

C) THE PLAINTIFF, Firmly believe's that investigation by the court into the town of SOUTHINGTON and PLAINVILLE would lead to the Plaintiff being gun-shot in a Southington parking lot, by a Southington Police officer's at the DID A TONE, without the emergency ambulance medical services, left to die.

D) the Plaintiff state's while working for RIZZI POOL and SKIShop IN BERLIN Ct. in the year 1979 at a site in Southington the Plaintiff was beat to the head and body, and thrown into pool side ditch and eletric devices used, left for dead by worker's to this day nothing has been done about this matter's.

D) the Plaintiff, was in the UNITED STATE'S army in 1980 and discharged honorable, because of the nature, and causes of injuries the recurring office of BRISTOL is at fault by the state of these affile's in the Newington's medical Center, by the police officer's, and Hartford, Ct..

## CONCLUSION

Wherefore, the Plaintiff claims of the complaint dated September 29, 2003, rest in the hand's of the court trail's or DISMISS of the complaint in favor of Defendant's.

PLAINTIFF, PRO. SE.
CHARLES J. FORD
*Charles J. Ford*
P.O. Box 693
NEW BRITAIN, Ct. 06[?]
TEL - 860-229-3317

## ORDER

The foregoing being heard by the court it is hereby GRANTED / DENIED.

## CERTIFICATION

I certify that on December 31, 2003 copies of all above was mailed to all parties of records, and the clerk's office of the DISTRICT COURT NEW HAVEN.

1) IRENA JADWIGA URBANIAK, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, Ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
~~NEW BRITAIN, Ct. 06~~

3) MICHAEL P. FOREL, ESQ.
201 CENTER STREET
WEST HAVEN, Ct. 06516

DECEMBER 31, 2003

PRO. SE. - PLAINTIFF
CHARLES J. FORD
*Charles J. Ford*