CASE NO. 3-03CV150(N
EXHIBIT'S
2-2
STIP

FILED
Jan 16  3 02 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CHARLES J. FORD            CASE NO. 3:03CV150(MRK)
    Plaintiff

VS.

NEW BRITAIN TRANSPORTATION CO.,
CITY OF NEW BRITAIN, NEW BRITAIN
POLICE DEPT., DAVID M. LORE, ET AL
    Defendants

### STIPULATION OF WITHDRAWAL OF ACTION AGAINST DATTCO, INC. AND DATTCO SCHOOL BUS DIVISION

The undersigned parties in this matter hereby stipulate that all claims pending against DATTCO, INC. and DATTCO SCHOOL BUS DIVISION **only** shall be withdrawn by the plaintiff CHARLES J. FORD, without costs to either party.

RESPECTFULLY SUBMITTED ON
BEHALF OF THE DEFENDANTS
DATTCO, INC. and DATTCO
SCHOOL BUS DIVISION

BY _____
Jeffrey F. Lahr
Del Sole & Del Sole, L.L.P.
46 South Whittlesey Avenue
Wallingford, CT 06492
(203) 284-8000
Federal Bar No. ct07680

RESPECTFULLY SUBMITTED ON
BEHALF OF THE PLAINTIFF
CHARLES J. FORD

BY _____
Charles J. Ford
CHARLES J. FORD
Plaintiff, Pro. Se.

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has bee mailed, postage prepaid to the following counsel and pro se parties of record:

Charles J. Ford, Pro Se
63 Walnut Street
New Britain, CT 06050

Drew S. Graham, Esq.
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

Irene Jadwiga Urbaniak, Esq.
Office of Corporation Counsel
City of New Britain
27 W. Main Street
New Britain, CT 06051

John A. Blazi, Esq.
1138 W. Main Street
Waterbury, CT 06708

Updike, Kelly & Spellacy
1 State St # 2400
Hartford, CT 06103

_____
JEFFREY F. LAHR