CASE NO. 3-03CV1
EXHIBIT'S
2-
STIP

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CHARLES J. FORD
    Plaintiff

CASE NO. 3:03CV150(MRK)

VS.

NEW BRITAIN TRANSPORTATION CO.,
CITY OF NEW BRITAIN, NEW BRITAIN
POLICE DEPT., DAVID M. LORE, ET AL
    Defendants

## STIPULATION OF WITHDRAWAL OF ACTION AGAINST DATTCO, INC. AND DATTCO SCHOOL BUS DIVISION

The undersigned parties in this matter hereby stipulate that all claims pending against DATTCO, INC. and DATTCO SCHOOL BUS DIVISION **only** shall be withdrawn by the plaintiff CHARLES J. FORD, without costs to either party.

| | |
|---|---|
| RESPECTFULLY SUBMITTED ON BEHALF OF THE DEFENDANTS DATTCO, INC. and DATTCO SCHOOL BUS DIVISION | RESPECTFULLY SUBMITTED ON BEHALF OF THE PLAINTIFF CHARLES J. FORD |
| BY _____<br>Jeffrey F. Lahr<br>Del Sole & Del Sole, L.L.P.<br>46 South Whittlesey Avenue<br>Wallingford, CT 06492<br>(203) 284-8000<br>Federal Bar No. ct07680 | BY _____<br>Charles J. Ford<br>CHARLES J. FORD<br>PLAINTIFF, PRO. SE. |

ORDERED ACCORDINGLY

/s/ Kita Wane

Deputy Clerk

FILED Jan 28