*CASE NO 3-03CV150(MRK)*
*EXHIBIT'S*
*2-2*

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

CHARLES J. FORD
    Plaintiff

CASE NO. 3:03CV150(MRK)

VS.

NEW BRITAIN TRANSPORTATION CO.,
CITY OF NEW BRITAIN, NEW BRITAIN
POLICE DEPT., DAVID M. LORE, ET AL
    Defendants

### STIPULATION OF WITHDRAWAL OF ACTION AGAINST DATTCO, INC. AND DATTCO SCHOOL BUS DIVISION

The undersigned parties in this matter hereby stipulate that all claims pending against DATTCO, INC. and DATTCO SCHOOL BUS DIVISION **only** shall be withdrawn by the plaintiff CHARLES J. FORD, without costs to either party.

RESPECTFULLY SUBMITTED ON
BEHALF OF THE DEFENDANTS
DATTCO, INC. and DATTCO
SCHOOL BUS DIVISION

BY _____
  Jeffrey F. Lahr
  Del Sole & Del Sole, L.L.P.
  46 South Whittlesey Avenue
  Wallingford, CT 06492
  (203) 284-8000
  Federal Bar No. ct07680

RESPECTFULLY SUBMITTED ON
BEHALF OF THE PLAINTIFF
CHARLES J. FORD

BY *Charles J. Ford*
  Charles J. Ford
*CHARLES J. FORD*
*Plaintiff, pro. se.*

CASE NO. 3-03CV150(MRK)

# NEW BRITAIN POLICE DEPARTMENT INCIDENT REPORT

EX B #4 Q-Q

PAGE 1 OF 2

CASE # 03-53826

| STATE'S ATTORNEY REPORT | JUVENILE REFERRAL | SUPPLEMENT | OTHER DIVISION/AGENCY |

DATE REPORTED: 12/29/03
TIME REPORTED: 1300
INCIDENT TYPE: Belated MVA
DIVISION: PAT
INC CODE: 3003
DISPOSITION: (blank)
UCR CODE: 014

LOCATION OF INCIDENT: 65 Myrtle St.

**PERSONS:**

#1 TYPE: IC
LAST NAME: FORD
FIRST NAME: Charles
SEX: M  AGE: 50  DOB: 3/6/53  RACE: B
NUMBER: 67  STREET NAME: MLK N Britain
TELEPHONE: 229-3317

**SUSPECT VEHICLE:**
MAKE: Olds/Buick
COLOR: Gold/silver

**INCIDENT NARRATIVE:**

Comp. FORD came to H.Q. and said that he had been struck while on his bicycle on 11/19/03. Ford said he was knocked off of his bike as a car was exiting the parking lot of Walgreens on Myrtle St. Comp. said the car stopped and the operator attempted to help him to his feet. Ford told the operator he did not need assistance. The car and the operator left.

Ford said he was injured in the incident but went next to hospital. He said he went a month later but left because the wait was too long. Ford said he also talked to an attorney who told him to file a report with...

INVESTIGATING OFFICER: [signature] Kostecki  ID: 224
AFFIDAVIT STATEMENT: Subscribed and Sworn To Before Me This Day (date) [signature] SUPERVISOR OR NOTARY PUBLIC  ID: 62

RECORDS

# NEW BRITAIN POLICE DEPARTMENT FOLLOW-UP INCIDENT REPORT

PAGE 2 OF 2
CASE # 03-53806

DATE REPORTED: 12/20/03
TIME REPORTED: 1310
INCIDENT TYPE: MVA
INCIDENT CODE: 014
LOCATION OF INCIDENT: 65 Myrtle St.
DIVISION: 303

Police: Ford said he contacted the incident on file with the police. Ford also mentioned a possible lawsuit. Ford said however he did not exert any action taken against the driver. Ford said he was on the sidewalk with his take when he was struck. Ford described the vehicle as a Buick or Oldsmobile gold and silver in color. Ford could not give a registration plate for the vehicle.

Case #03-53806
EXHIBIT QQ

INVESTIGATING OFFICER: [signature] I.D.# 274

SUPERVISOR OR NOTARY PUBLIC: [signature] I.D.# 192

EXHIBIT'S QQ-ZZ
CASE NO. 3-03CV150(MRK)

## CERTIFCATION

I hereby certify that on February 2, 2004 the foregoing was mailed to all parties of records and to the United State's District Court Clerk's Office 141 Church Street New Haven, Ct. 06510.

1) IRENA JADWIGA URBONIAK, ESQ.
Corportation Counsel's Office
City of New Britain
27 W. Main Street
New Britain, Ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. Main Street
Waterbury, Ct. 06708

3) MICHEOL P. FARREL, ESQ.
201 Center Street
West Haven, Ct. 06516

February 2, 2004

Plaintiff, Pro. Se.
Charles J. Ford
*Charles J. Ford*
P.O. Box 693
New Britain, Ct. 06050
Tel- 860-229-3317