UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
    VS.    __PLAINTIFF__

NEW BRITAIN TRANS. CO;
CITY OF NEW BRITAIN;
NEW BRITAIN POLICE DEPT;
DAVID M. LORE;

FILED
FEB 27  3 06 PM '04
U.S. DISTRICT
NEW HAVEN, CONN.

CIVIL NO. # 3-03CV150(MRK)

__DEFENDANT'S__

## MOTION FOR JUDGMENT ON THE PLEADINGS

1) PLAINTIFF, moves pursuant to Federal Rules Civil Procedure Rule (12-A,(1), Rule 37 A,B,C,1) 2) 0 FAILURE TO DISCLOSE; Rule 41, A) 1-2, B) C) 0, costs of previously-dismissed action.

2) PLAINTIFF, moves pursuant to FRCP Rule (12-A)1, DEFENSES and OBJECTIONS, when and How Presented, by Pleading or Motion, "MOTION FOR JUDGMENT ON THE PLEADINGS."

3) PLAINTIFF, CHARLES J. FORD moves the court to the DEFENDANT'S, CITY DEFENDANT'S, NEW BRITAIN TRANSportation Company and David M. Lore pursuant to all Rules 12-A),(1), Rule 37 A,B,C,1) 2) 0, Rule 41, A) 1-2, B) C) 0, and amended complaint dated September 29, 2003.

ORAL ARG NOT REQ
FEBRUARY 21, 2004

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL - 860 - ███ - ███ 229-3317

CERTIFCATION

I hereby certify that on February 21, 2004 the foregoing was mailed to all parties of record and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN CT. 06510.

1) IRENA JADWIGA URBANIAK, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN 27
W. MAIN STREET
NEW BRITAIN, Ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, Ct. 06708

3) MICHEAL P. FARRELL, ESQ.
201 CENTER STREET
WEST HAVEN, Ct. 06516

CHARLES J. FORD
*Charles J. Ford*
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL- 860-2293317