UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Charles J. Ford, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv150 (MRK) |
| | : | |
| v. | : | |
| | : | |
| New Britain Trans. Co., et al, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants City of New Britain and New Britain Police Department's Motion to Dismiss [doc. #56] is GRANTED, for failure to state a claim upon which relief may be granted. Plaintiff's Amended Complaint [doc. #54] does not make any allegations against Defendants City of New Britain and New Britain Police Department which could give rise to damages. Plaintiff can amend his Complaint within 14 days of the issuance of this Order to make legally viable allegations against Defendants.

Additionally, Plaintiff's Motion for Summary Judgment and Declaratory Judgments [doc. #55], Plaintiff's Motion for Summary Judgment and Declaratory Judgments [doc. #58], Plaintiff's Motion for Protective Order [doc. #62], Plaintiff's Motion for Summary Judgment and Declaratory Judgments [doc. #63], Plaintiff's Motion for Protective Order [doc. #64], Plaintiff's Motion for Protective Order [doc. #65], and Plaintiff's Motion for Judgment on the Pleadings [doc. #69] are all DENIED without prejudice, for failure to conform to the District of Connecticut Local Rules of Civil

Procedure. Plaintiff is directed especially to Local Rule 7(a), which requires that any motion involving disputed issues of law be accompanied by a written memorandum of law and that "failure to submit a memorandum may be deemed sufficient cause to deny the motion." Additionally, Local Rule 56(a) requires that motions for summary judgment have annexed to them a document entitled "Local Rule 56(a)1 Statement" which sets forth a concise statement of material facts not in dispute. Local Rule 56(a)3 provides that failure to provide citations to evidence supporting these factual allegations may result in the motion for summary judgment being denied by the Court. Plaintiff should ensure that any future motions he files conform to the Local Rules.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____

U.S.D.J.

Dated at New Haven, Connecticut: <u>April 2, 2004</u>