UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

    PLAINTIFF

vs.

NEW BRITAIN TRANS. CO;    CIVIL NO. 3-03CV150(MRK)

    DEFENDANT'S

FILED
Apr 23  2 29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

## PLAINTIFF'S, MOTION FOR LEAVE OF COURT

Plaintiff, Charles J. Ford move's for leave of court to amend his complaint dated April 23, 2004.

Plaintiff, Charles J. Ford move's to amend complaint per-order of the court dated April 2, 2004, 14 day's of Issuance.

Plaintiff, Charles J. Ford move's to amend complaint by Rule 20, Permissive Joinder of Parties; A,B, Rule 18, (A) Rule 19, A, 1,2,(i)(ii) and Rule 23, 1,2,3,4,A,B,2,3, A,B,C,D, of the Federal Rules of civil procedures and class actions.

(1)

APRIL 22, 2004
ORAL ARG NOT REQ

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL 860-2293317

## CERTIFICATION

I hereby certify that on April 23, 2004 the foregoing was mailed to all parties of record, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN, CT. 06510.

1) IRENA Jadwiga URBANIAK, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, CT. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, CT. 06708

3) MICHAEL P. FARRELL, ESQ
201 CENTER STREET
WEST HAVEN, CT. 06516

ORAL ARG NOT REQ
APRIL 23, 2004

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL 860-2293317

(2)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
  US.                    PLAINTIFF
NEW BRITAIN TRANS. CO;        CIVIL NO. 3-03CV150 (MRK)

                         DEFENDANTS

                NOTICE

PLEASE be advised that you are being sued in the UNITED STATES DISTRICT COURT, complaint under _____

1) JURISDICTIONAL ALLEGATION IN ACTION BROUGHT PURSUANT TO 28 U.S.C. §§ 1331 and §§ 1331(A) and 1343; BIVENS DOCTRINE" AGAINST THE NEW BRITAIN POLICE DEPARTMENT and THE CITY OF NEW BRITAIN CONNECTICUT and THE FEDERAL BUREAU OF INVESTIGATION'S 42 U.S.C. §1983, §1985, (3) and §1986

ORAL ARG NOT REQ
APRIL 23, 2004

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL 860-2293317

(1)

CERTIFICATION

I hereby certify that on April 23, 2004 the foregoing was mailed to all parties of record, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN, CT. 06510.

1) IRENA Jodwigo URBONIAK, ESQ.
   CORPORATION COUNSEL'S OFFICE
   CITY OF NEW BRITAIN
   27 W. MAIN STREET
   NEW BRITAIN, CT. 06051

2) JOHN A. BLAZI, ESQ.
   1138 W. MAIN STREET
   WATERBURY, CT. 06708

3) MICHEAL P. FARREL, ESQ.
   201 CENTER STREET
   WEST HAVEN, CT. 06510

ORAL ARG. NOT REQ
APRIL 23, 2004

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL - 860 - 2293317

(2)