UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

PLAINTIFF

US.

NEW BRITAIN TRANS. CO., Et AL,

FILED
Apr 29 [redacted]

CIVIL NO. 303CV150(MRK)

DEFENDANT'S

AMENED COMPLAINT / THE PLAINTIFF

A) PLAINTIFF, CHARLES J. FORD MOVE'S FOR LEAVE OF COURT, to AMENED his complaint pursuant to Federal civil RULES PROCEDURE RULES 15, A,B,C, 1,2,3,2,4,(M) A,B.

B) PLAINTIFF, AMENED complaint per order of the court dated April 2, 2004, 14 day's of INSSUANCE.

C) PLAINTIFF, AMENED complaint as of his orginal complaint dated september 29, 2003 against the defendant's city of NEW BRITAIN and NEW BRITAIN POLICE DEPARTMENT'S MOTION to DISMISS, which was granted on April 2, 2004 by HON. MARK R. KRAVITZ, U.S.D.J..

D) PLAINTIFF, CHARLES J. FORD MOVE'S to AMEND complaint by RULE 20, PERMISSIVE JOINDER OF PARTIES; A,B, RULE 18,(A) RULE 19, A, 1, 2,(i)(ii) and RULE 23, 1,2,3,4, A,B,2,3, A,B, C,D, of the Federal rules of civil procedures and class actions.

①

JURISDICTION OF ACTION BROUGHT PURSUANT TO 28 U.S.C. §§1331 + §§1331(A) AND 1343, "BIVENS DOCTRINE" AGAINST THE NEW BRITAIN POLICE DEPARTMENT AND THE CITY OF NEW BRITAIN CONNECTICUT and THE FEDERAL BURUER OF INVESTIGATION'S 42 U.S.C. §1983, §1985,(3) and §1986.

## COMPLAINT

I) ON JANUARY 29, 1990 at around 8 A.M. the PLAINTIFF, CHARLES J. FORD WAS WALKING IN A EASTERLY direction ALONG WEST MAIN STREET, A public street IN NEW BRITAIN, CONNecticut NEAR the INTERSECTION OF WEST MAIN STREET AND MAIN STREET, AND STOPPED IN PREPARATION to Light A CIGGERETT WHEN the FEDERAL BURUER OF INVESTIGATION'S HELIECHOPPER'S AND the STATE POLICE HELIECHOPPER'S, with the NEW BRITAIN POLICE PLAINCLOTHES OFFICER'S, STATE POLICE OFFICER'S, NEW BRITAIN DETECTIVE'S, SHERIFF'S DEPARTMENT HARTFORD, NEW BRITAIN, AND the NEW BRITAIN PUBLIC HEALTH DEPARTMENT, CITY DOCTOR'S OFFICE and the NURSE'S ASSAULTED the PLAINTIFF CHARLES J. FORD.

A) THESE PEPOLE'S OR INDIVIDUAL'S ARE guilty of the CRIME OF assault of beating SEVERLY the Plaintiff ON the HEAD, LEG'S, NECK, FACE, MOUTH, ARM'S, SHOULDER'S, back then THROW to the PAVEMENT, CUFFED, SEARCHED, and RELEASED without medical attention by the state police, and the Federal BURUER OF INVESTIGATION'S AGENT'S. AFTER

" UNDER THE BIVENS DOCTRINE " / 42 U.S.C. §1983 28 U.S.C. §1331(A), THE CITY OF NEW BRITAIN IS legally viable, and suit's brought under pursuant Section §1986, §1985(3) 42 U.S.C., AND 28 U.S.C. §1343².
" NEGLECTING TO PREVENT CONSPIRATORIAL WRONGS "

(2)

Released, the Plaintiff was followed home from main street to east main street to broad street into business of Your Eye's Core Center, New England Shoppie, KING'S, IMPERIAL WOK, Arrow Drug's Store, New Britin Housing Authority Area's, Doctor's Toor's, Doctor's Office's etc., Hospital's New Britin General, Veteran's Newington Memorial, Bank's, Banknorth, Fleet, Webster's, First City Bank, Peoples Saving, Bank of Boston, Jimmy Quality Smokeshop, Soleski Roofing and Snowguard's, Dattco Bus Inc., and School Bus Division, Rizzo Pool and Ski Shop, Emergency Medical Services Adm., CVS drugstore's, Dugout Bar and Cafe, Officer's of New Britin Police Dept., Morales, Gallo, Debbie Betterini, Suttle's, Hadeka, Cash, Garyson, Wytas, St. Marie, Iguardie, Gasper, Zisk, Det. Petano, Milton Riley, Gary Riley, Cliff Willis, Det. Philpes, Petro, Chute's, Al Rizzo, Joe Campbell, Mayor Moc Namoma, Mayor Defonso, Oak's, Rennee Cusano are all guilty of criminal assault, from the year 1990 thur 2004. "Under §52-577 Wilfull or Intentional Tort's"

The City of New Britin is legally viable, and suit's brought under pursuant civil right's §1343, 28 U.S.C. 1441(B)(C), 28 U.S.C. 1331, 28 U.S.C. 1332(A)2

Under Title II of the Civil Rights Act of 1964, Section 2000(A), 2000(A)(b)(2), 2000(A)(C), 2000(b)3)4), 2000 A-1), 2000(A)-2) of Title 42 U.S.C.

Under Cruel and Unsual Punishment §1983, First Amendment Expression §1986-§1985(3) Parties Protected §1985(1), Amended 13th 14th of 5, 15th U.S.C.A. §241, U.S.C.A. §242, U.S.C.A. §621 et. seq'; §14-704-A-1+2 under chapter 135 Carrier's and Broker's §14-102, §14-103., Amend XIV §1.(3A),10A),13A). Section 28 U.S.C.S. §1981 A,B,C, §1981(A) Civil right recovery 1+2 Section 2, Clause 1 - Privileges and Immunities.

③

§12101 - FINDINGS AND PURPOSE (A)-1-9 (B)-1-9
§12212 - Alternative means of dispute resolution §12213
§2 of the 13TH amened powers aimed at block freedom
§3612, and Venue Section 1391 A, B, C, E, 123 - §1332
FREEDOM OF INFORMATION ACT SECTION 1-210, claims
of denying and depriving plaintiff of LIBERTY
INTEREST PROTECTED UNDER THE 4TH, 5TH, 6TH, 7TH,
11TH civil and criminal matter's TITLE 13, 24, 70

II) THE PLAINTIFF, claim's injuries of pain and suffering, aggravation of injuries, medical and hospital expenses, that lead to loss of enjoyment of life and the loss of the use nervose, mental, physical, disorder's to the neck, head, face, mouth, leg's, arm's, eyes, shoulder's, and back of plaintiff's body movement's some of them permenent.

III) As a futher result of the Defendant's negligence and carelessness, as aforesaid, the plaintiff has incurred expense's for hospital care, medical care, eyeglasses, and it will be nesessary for me to incurr additional expense's for items in the futhure.

IV) From all of the aforsaid injuries, or effects thereof, the Plaintiff has suffered and will continue to suffer pain, mental anguish, and nervosness, some of which injuries or effects thereof are, or are likely to be, permenent.

④

V) As a further result, of the Defendant's negligence and carelessness, as aforesaid, the plaintiff's ability to enjoy life's offering has been impaired, and will continue to be impaired.

VI) Wherefore, the plaintiff claims the following damages, jointly and severally, against each defendant:

VII) Compensatory damages in an amount in excess of "THREE MILLION Dollar's" $3,000,000.00.

VIII) Punitive damages in an amount in excess of $1,000,000.00. ONE MILLION DOLLAR'S.

IX) A demand for jury trial 38(A)], and 39 title 28§2201 U.S.C., Rules 54(B) 1, 2.

X) Such other and further relief as this court may deem appropriate, including cost; and reasonable attorney's fees.

ORAL NOT REQ ARUG
April 23, 2004

CHARLES J. FORD
Charles J. Ford
P.O. Box 693
New Britain, CT. 06050
Tel- 860-229-3317

(5)

## CERTIFCATION

I hereby certify that on April 23, 2004 the foregoing was mailed to all parties of record, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN, Ct. 06510.

1) IRENA Jadwiga URBANIAK, ESQ.
   CORPORATION COUNSEL'S OFFICE
   CITY OF NEW BRITAIN, Ct.
   27 W. MAIN STREET
   NEW BRITAIN, Ct. 06051

2) JOHN A. BLAZI, ESQ.
   1138 W. MAIN STREET
   WATERBURY, Ct. 06708

3) MICHEAL P. FARREL, ESQ.
   201 CENTER STREET
   WEST HAVEN, Ct. 06516

ORAL ARG NOT REQ
APRIL 23, 2000

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL- 860 2293317

(6)