UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CHARLES J. FORD                  :
     Plaintiff                   :
                                 :     Case No. 3:03CV150 (MRK)
     v.                          :
                                 :
NEW BRITAIN TRANS. CO.;          :
CITY OF NEW BRITAIN;             :
NEW BRITAIN POLICE DEPT.;        :
DAVID M. LORE                    :
     Defendants                  :     April 29, 2004
```

DEFENDANTS CITY OF NEW BRITAIN
AND NEW BRITAIN POLICE DEPARTMENT'S
OBJECTION TO PLAINTIFF'S AMENDED COMPLAINT

The Defendants City of New Britain and New Britain Police Department respectfully object to Plaintiff's filing of the untimely Amended Complaint.

On April 2, 2004, the Honorable Mark R. Kravitz, U.S.D.J., granted Defendants City of New Britain and New Britain Police Department's Motion to Dismiss. The Court's order allowed the Plaintiff to amend his complaint within 14 days of the issuance of the order to make legally viable allegations against the Defendants. The fourteenth day fell on Friday, April 16th.

Plaintiff filed his amended complaint on April 23, 2004, a week after the Court mandated deadline date. He continues to fail to make any allegations against Defendants City of New Britain and New Britain Police Department which could rise to damages.

For the above-mentioned reasons, the defendants City of New Britain and New Britain Police Department respectfully request that Plaintiff's Motion for leave of Court to amend his complaint dated April 23, 2004, be denied.

        DEFENDANTS CITY OF NEW BRITAIN
        and NEW BRITAIN POLICE DEPT.

        By Office of Corporation Counsel


        _____
        Irena J. Urbaniak
        Attorney for Defendants
        Office of the Corporation Counsel
        City of New Britain
        27 West Main Street
        New Britain, Connecticut 06051
        Tel. (203) 826-3420
        Federal Bar Number ct01322

-3-

<u>CERTIFICATION</u>

I hereby certify that on April 29, 2004, a copy of the above was mailed to the pro se plaintiff and other defendants' counsel:

Charles J. Ford
P. O. Box 693
New Britain, Connecticut 06050

John A. Blazi, Esq.
Law Offices of John A. Blazi
1138 West Main Street
Waterbury, Connecticut 06708

_____
Irena J. Urbaniak
Attorney at Law