UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
   vs.                        PLAINTIFF
NEW BRITAIN TRANS. CO;        CIVIL NO. #3-03CV150(MRK)

DEFENDANT'S

PLAINTIFF'S / MOTION FOR LEAVE OF COURT

A) Plaintiff, Charles J. Ford move's for leave of court to amend his complaint dated August 25, 2003, against the New Britain Transportation Company.

B) Plaintiff, move's to amend his complaint as of course pursuant to the provisions of Rule 15 A, B, C, 1, 2, 3, -2, 4 (M) A, B, of Federal civil rules provision procedure.

C) Plaintiff, move's to amend complaint by Rule 20, permissive joinder of parties; A, B, Rule 18, (A) Rule 19, A, 1, 2, (i)(ii) and Rule 23, 1, 2, 3, 4, A, B, 2, 3, A, B, C, D, of the Federal rules of civil procedures, and class actions.

(1)

JUNE 5, 2004
ORAL ARUG NOT REQ

CHARLES J. FORD
*Charles J. Ford*
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL 860-229-3317

## CERTIFCATION

I hereby certify that on JUNE 5, 2004 the foregoing was mailed to all parties of record, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN, Ct. 06510.

1) IRENA JADWIGA URBANIAK, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, Ct. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, Ct. 06708

3) MICHEAL P. FARREL, ESQ.
201 CENTER STREET
WEST HAVEN, Ct. 06516

ORAL ARUG NOT REQ
JUNE 5, 2004

(2)

CHARLES J. FORD
*Charles J. Ford*
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL 860-229-3317