UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

    US.    PLAINTIFF

NEW BRITAIN TRANS. CO;

    DEFENDANT'S

FILED
2004 OCT 22 P 1:32
U.S. DISTRICT COURT
NEW HAVEN, CT

NO. 3-03CV150 (MRK)

## JUDGMENT BY DEFAULT / THE PLAINTIFF

A) PLAINTIFF, CHARLES J. FORD MOVE'S FOR AN ORDER BY THE COURT TO THE DEFENDANT'S, "MOTION FOR JUDGMENT BY DEFAULT" AGAINST THE DEFENDANT'S NEW BRITAIN TRANS. COMPANY; AND DAVID M. LORE.

B) PLAINTIFF, MOVE'S PURSUANT TO RULE 55(A),(B), 1, 2, FAILURE TO PLEAD, OR OTHERWISE DEFEND BY AFFIDAVIT OR FACT'S AND RULE'S APPEAR.

C) PLAINTIFF, MOVE'S PURSUANT TO RULE FEDERAL RULE CONNECTICUT PRACTICE (12-A)1, DEFENSES AND OBJECTIONS, WHEN AND HOW PRESENTED, BY PLEADING OR MOTION.

D) PLAINTIFF, MOVE'S PURSUANT TO FRCP RULES CIVIL PROCEDURE RULE (12-A,1), RULE 37 A,B,C,1) 2)O FAILURE TO DISCLOSE; RULE 41, A)1-2, B) C) D, COST'S OF PREVIOUSLY DISMISSED ACTION.

E) PLAINTIFF, CHARLES J. FORD MOVE'S TO COURT TO THE DEFENDANT'S ANSWER TO THE PLAINTIFF'S AMENED COMPLAINT DADTED JUNE 5, 2004.

OROL. ARG NOT REQ
OCTOBER 21, 2004

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, Ct. 06050
TEL- 860-2293317

## ORDER

THE FOREGOING HAVING BEEN CONSIDERED BY THE COURT IT IS HEREBY ORDER: <u>SUSTAINED</u> / <u>OVERRULED</u>

BY THE COURT<br>—————————<br>JUDGE / CLERK

## CERTIFICATION

I hereby certify that on Oct. 21, 2004 the foregoing was mailed to all parties of RECORD, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN, Ct. 06510.

1) IRENA JADWIGA URBONIAK ESP.
   CORPORATION COUNSEL'S OFFICE
   CITY OF NEW BRITAIN
   27 W. MAIN STREET
   NEW BRITAIN, Ct. 06051

2) JOHN A. BLATI, ESP.
   1138 W. MAIN STREET
   WATERBURY, Ct. 06708

3) MICHEAL P. FORREL
   ESP, 29 CENTER ST
   WEST HAVEN, Ct. 06

CHARLES J. FORD<br>
Charles J. Ford<br>
P.O. BOX 693<br>
NEW BRITAIN, Ct. 0605<br>
TEL-860-2293317