UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD

vs     PLAINTIFF

NEW BRITAIN TRANS. CO;
DAVID M. LORE;

CIVIL NO. 3-03CV150
(MRK)

DEFENDANT'S

AMENED COMPLAINT / THE PLAINTIFF

A) PLAINTIFF, CHARLES J. FORD MOVE'S FOR LEAVE OF COURT, to AMEND his complaint pursuant to FEDERAL CIVIL RULES PROCEDURE RULE 15, A, B, C,.

B) PLAINTIFF, CHARLES J. FORD MOVE'S PURSUANT AS OF COURSE pursuant to the provisions OF RULE 15, A, B, C, - 1, 2, 3, 4, (M) A, E, of the Federal RULES OF CIVIL PROCEDURE,

C) PLAINTIFF, MOVE'S to AMENED pursuant RULE 20, PERMISSIVE JOINDER OF PARTIES; A, B, RULE 18, (A) Rule 19, A, 1, 2, (i)(ii) AND RULE 23. 1, 2, 3, 4, A, B, 2, 3, A, B, C, D, of the Federal RULES OF CIVIL PROCEDURES, AND CLASS ACTIONS.

D) PLAINTIFF, MOVE'S to AMENED COMPLAINT AS OF THE ORIGINAL complaint dated JANUARY 22, 2003, AND PERMISSIVE dated September 29, 2003, WHERE AS OF this date JUNE 5, 2004.

(1)

JURISDICTIONAL ALLEGATION IN ACTION BROUGHT PURSUANT TO 28 U.S.C. §§ 1331 & §§ 1331(A) AND 1343', AND JURISDICTIONAL ALLEGATION IN ACTION BROUGHT PURSUANT TO § 52-577 WILFULL OR INTENTIONAL TORT," AGAINST the NEW BRITAIN TRANSPORTATION COMPANY AND DAVID M. LORE.

## COMPLAINT

I) ON MAY 11, 2000, AT AROUND 10 A.M. OR 11 A.M., the PLAINTIFF, CHARLES J. FORD WAS WALKING IN A WESTERLY direction ALONG MYRTLE STREET, A public street IN NEW BRITAIN, CONNECTICUT NEAR the INTERSECTION OF MAIN STREET AND STOPPED IN PREPARATION TO BOARD the BUS.

II) AT SAID TIME AND PLACE, the BUS OWNED AND OPERATED BY THE DEFENDANT'S, NEW BRITAIN TRANSPORTATION COMPANY, AND DRIVEN BY DAVID M. LORE, WAS TRAVELLING IN A WESTERLY direction ALONG MYRTLE STREET WHEN IT CAME TO STOP.

While WAITING FOR FIVE other PASSENGER'S FIRST TO BOARD, the PLAINTIFF THEN WENT TO BOARD, ON TRYING TO ENTER the BUS DRIVER CLOSED the DOORS ON the PLAINTIFF'S head, EAR'S, EYEGLASS'S, while the BUS WAS IN MOTION AND BODY OF the PLAINTIFF WAS BEING FORCEFULLY MOVED ON THE ROADWAY FOR A DISTANCE

(2)

CAUSING THE PLAINTIFF TO SUFFER SERIOUS INJURIES AND DAMAGES CAUSED BY NEGLIGENCE AND MISCONDUCT ON MR. DAVID M. LORE, THE NEW BRITAIN POLICE DEPARTMENT, CITY OF NEW BRITAIN, CONNECTICUT, AND THE NEW BRITAIN TRANSPORTATION COMPANY BEHALF § 52-577 LOSSE'S THAT ARE SET FORTH, COMPLAINT OF SUFFERING PAIN, AGGRAVATION OF INJURIES, MEDICAL AND HOSPITAL EXPENSES, THAT LEAD TO LOSS OF ENJOYMENT OF LIFE AND THE LOSS OF THE USE OF NECK, SHOULDER'S, HEAD, LOWER AND UPPER PART'S OF THE PLAINTIFF'S BACK AND BODY MOVEMENT'S, THE PLAINTIFF CLEM'S COMPLAINT'S OF SUFFERING NECK, HEAD, FACE, EYE'S, EYE'S BOTH, EAR'S, MOUTH, LEG'S, ARM'S, SHOULDER'S, BACK, MENTAL, PHYSICAL DISORDER'S OF NERVOSE'S, SOME OF THE INJURIES PERMENENT.

"UNDER THE BIVENS DOCTRINE" / 42 U.S.C. §1983, 28 U.S.C. §1331(A), THE DRIVER DAVID M. LORE, NEW BRITAIN TRANSPORTATION COMPANY, CITY OF NEW BRITAIN CONNECTICUT, NEW BRITAIN POLICE DEPARTMENT IS LEGALLY VIABLE AND SUIT'S BROUGHT UNDER PURSUANT SECTION §1986, §1985(3) 42 U.S.C., AND 28 U.S.C. §1343!. "NEGLECTING TO PREVENT CONSPIRATORIAL WRONGS" CONSTITUTIONAL TORT'S - BIVENS DOCTRINE

UNDER TITLE II OF THE CIVIL RIGHTS ACT OF 1964 SECTION 2000(A), 2000(A)b)2), 2000(A)C), 2000(b)3)4)', 2000 A-1), 2000(A)-2) OF TITLE 42 U.S.C.

(3)

THE NEW BRITAIN TRANSPORTATION COMPANY; DAVID M. LORE, NEW BRITAIN POLICE DEPARTMENT, CITY OF NEW BRITAIN, CONNECTICUT IS LEGALLY VIABLE, AND SUIT'S BROUGHT UNDER PURSUANT CIVIL RIGHT'S §1343, 28 U.S.C. 1441(B)(C), 28 U.S.C. §1331, 28 U.S.C. §1332(A)2 WITH STATE DEPARTMENT OF NURSE'S ASS. CRIMINAL ASSAULT.

UNDER CRUEL AND UNUSUAL PUNISHMENT §1983, FIRST AMENDMENT EXPRESSION §1986-§1985(3) PARTIES PROTECTED §1785(1), AMENDED 13TH, 14TH OF THE 5TH, 15TH, U.S.C.A. §241, U.S.C.A. §242, U.S.C.A. §621 et. seq; §14-704-A-1+2 UNDER CHAPTER 135 CARRIER'S AND BROKER'S §14-102, §14-103., AMEND XIV §1, (3A), 10A), 13A), NEGLIGENCE PURSUANT TO C.G.S. SECTION §14-243, §14-241, §14-232, SECTION 2, CLAUSE 1, PRIVILEGES AND IMMUNITIES, THE DECLORATORY JUDGMENT ACT, 28 U.S.C. §2201, THE AMERICANS WITH DISABILITIES ACT, 42 U.S.C. §12101 et. seq. §2 of the 13TH AMENED POWERS AIMED AT BLACK FREEDOM §12212 - ALTERNATIVE MEANS OF DISPUTE RESOLUTION §12213 INTEREST PROTECTED UNDER THE 4TH AMEND to the constitutional of the UNITED STATES TO BE FREE FROM UNREASONABLE SEARCHES AND SEIZURES AND 14TH AMEND 5TH, 6TH, 7TH, 11TH CIVIL AND CRIMINAL MATTER'S TITLE 13, 24, 70. FREEDOM OF INFORMATION ACT SECTION 1-210, NEW BRITAIN POLICE - DET. PETANO - LUT.

## VENUE

III) VENUE in this district is also PROPER UNDER §2000E(21 5)3) claims brought under AMERICANS WITH DISABILITIES ACT BY VIRTUE OF 42 U.S.C. §12117(A), UNDER U.S.C.S. SECTION (1)(2) Article III TITLE 42 SECTION 3612, VENUE SECTION (1391) A,B,C,E, 1,2,3, 1332 C, §2000 E, §2000 E-1-16.

(4)

IV) From all of the aforesaid injuries or effects thereof, the Plaintiff has suffered and will continue to suffer pain, mental anguish, and nervousness, some of which injuries or effects thereof are, or are likely to be, permenent.

V) As a further result of the Defendant's negligence and carelessness, as aforesaid, the Plaintiff has incured expense's for hospital care, medical care, eyeglasses, and it will be nesessary for me to incurr additional expense's for items in the futhure.

VI) As a further result, of the Defendant's negligence and carelessness, as a foresaid, the Plaintiff's ablity to enjoy life's offering has been impaired, and will continue to be impaired.

VII) Wherefore, the plaintiff claims the following damages, jointly and severlly, against each defendant:

VIII) Compensatory damages in an amount in excess of # one millon dollar's # 1,000,000.00.

IX) Punitive damages in an amount in excess of # one millon dollar's # 1,000,000.00.

X) A Demand For Jury Trial 38(A)], and 39 title 28 §2201 U.S.C. Rules 54(B) 1,2.

(5)

11) Such other and further relief as this court may deem appropriate, including costs and reasonable attorney's fees.

ORAL ARGS NOT REQ
JUNE 5, 2004

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050
TEL 860-2293317

## CERTIFCATION

I hereby certify that on JUNE 5, 2004 the foregoing was mailed to all parties of record and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN 06510.

1) IRENA Jadwiga Ubanick, ESQ.
CORPORATION COUNSEL'S OFFICE
CITY OF NEW BRITAIN
27 W. MAIN STREET
NEW BRITAIN, CT. 06051

2) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, CT. 06708

3) MICHEAL P. FARREL, ESQ.
201 CENTER STREET
WEST HAVEN, CT. 06514

CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, CT. 06050

(6)