FILED

2005 JAN 13 P 1:51

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATED DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES J. FORD : | MRK |
| Plaintiff : | CASE NO. 3:03 CV 150 (RNC) |
| vs. : | |
| NEW BRITAIN TRANS. CO.; : | |
| CITY OF NEW BRITAIN; : | |
| NEW BRITAIN POLICE DEPT.; : | |
| DAVID M. LORE : | |
| Defendants : | JANUARY 13, 2005 |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure Rule 12 (B), the defendants NEW BRITAIN TRANSPORTATION COMPANY and DAVID LORE move for dismissal of the action against them, in that the plaintiff has failed to state a claim upon which relief may be granted.

In support of their Motion to Dismiss, the defendants rely upon their memorandum of law attached hereto.

DEFENDANTS;
NEW BRITAIN TRANSPORTATION COMPANY
and DAVID LORE

BY _____
John A. Blazi, Esq.
Law Offices of John A. Blazi
180 Church Street
Naugatuck, Connecticut 10770
(203) 720-7676
Federal Bar #CT 01392

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this date, by U. S. Mail, postage prepaid, on January 13, 2005 to:

Charles J. Ford
63 Walnut Street
New Britain, CT. 06051

Irena J. Urbaniak, Esq.
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, CT. 06051

Michael Farrell, Esq.
201 Center Street
West Haven, CT 06516

Jeffery F. Lahr, Esq.
Del Sol & Del Sol, LLC
46 South Whittlesey
Wallingford, CT 06492

Jeffery A. Dempsey, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06106

_____
John A. Blazi, Esq.
Law Offices of John A. Blazi
180 Church Street
Naugatuck, CT. 06770
(203) 720-7676
Federal Bar #CT 01392