**FILED**

2005 FEB 11 P 1:55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES FORD | : | CIVIL ACTION |
| VS. | : | NO: |
| NEW BRITAIN TRANSPORTATION COMPANY, CITY OF NEW BRITAIN, NEW BRITAIN POLICE DEPT. AND DAVID M. LORE | : | 303CV150 (MRK) |

## APPEARANCE

TO:

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103

Please enter the appearance of **JOHN A. BLAZI, ESQ.** as counsel for the defendants, **NEW BRITAIN TRANSPORTATION COMPANY and DAVID LORE** in the above captioned case.

DEFENDANT:
NEW BRITAIN TRANSPORTATION
COMPANY

BY _____
John A. Blazi, Esq.
Federal Bar No. CT01392
LAW OFFICES OF JOHN A. BLAZI
180 Church Street
Naugatuck, Connecticut 06770
Telephone: (203) 720-7676

LAW OFFICES OF JOHN A. BLAZI, ESQ., 180 Church Sreet, Naugatuck, CT 06770 Juris No. 419424
Telephone: (203) 720-7676
FAX: (203) 720-7149

## **CERTIFICATION**

This is to certify that a copy of the above has been mailed this 9th Day of February, 2005, to the following counsel of record:

Charles J. Ford
63 Walnut Street
New Britain, CT. 06051

Irena J. Urbaniak, Esq.
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, CT. 06051

Michael Farrell, Esq.
201 Center Street
West Haven, CT 06516

Jeffery F. Lahr, Esq.
Del Sol & Del Sol, LLC
46 South Whittlesey
Wallingford, CT 06492

Jeffery A. Dempsey, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06106

John A. Blazi, Esq.
Federal Bar No. CT01392

LAW OFFICES OF JOHN A. BLAZI, ESQ., 180 Church Sreet, Naugatuck, CT 06770 Juris No. 419424
Telephone: (203) 720-7676
FAX: (203) 720-7149