UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD
  vs.                                PLAINTIFF
NEW BRITAIN TRANS. CO.,              CIVIL NO. 3-03CV150
  vs.                                DEFENDANT'S          MRK
DAVID M LORE

**FILED** 2005 FEB 14 P 2:04
U.S. DISTRICT COURT
NEW HAVEN, CT

## ENTRY OF JUDGMENT / THE PLAINTIFF

PLAINTIFF, CHARLES J. FORD MOVE'S FOR AN ORDER BY THE COURT TO THE DEFENDANT'S, "MOTION FOR JUDGMENT BY DEFAULT" AGAINST THE DEFENDANT'S, RULE 12, RULE 55.

PLAINTIFF, MOVE'S PURSUANT TO RULE 54b AND RULE 58 ENTRY OF JUDGMENT AGAINST THE DEFENDANT'S NEW BRITAIN TRANSPORTATION COMPANY AND DAVID M. LORE.

THE PLAINTIFF, MOVE'S subject to the provision of RULE 58, RULE 54b: (1) upon a general verdict of a jury, or upon a decision by the court that a party shall recover only a sum certain (2) upon a decision by the court granting other relief the court shall promptly approve the form of the judgment.

ORAL ARG NOT REQ.
FEBRUARY 11, 2005

PRO.SE. PLAINTIFF
CHARLES J. FORD
Charles J. Ford
P.O. Box 893
NEW BRITAIN, CT. 06051
Apt. 704
TEL- 860- 2293317

ORDER

THE FOREGOING HAVING BEEN CONSIDERED BY THE COURT IT IS HEREBY ORDER; SUSTAINED / OVERRULED

BY THE COURT
JUDGE / CLERK

CERTIFICATION

I hereby certify that on FEBRUARY 11, 2005 the foregoing was mailed to all parties of RECORD, and to the UNITED STATES DISTRICT COURT CLERK'S OFFICE 141 CHURCH STREET NEW HAVEN, ct. 06510.

1) JOHN A. BLAZI, ESQ.
1138 W. MAIN STREET
WATERBURY, ct. 06708

2) MICHAEL P. FARREL, ESQ.
201 CENTER STREET
WEST HAVEN, ct. 06510

(2)

PRO. SE. PLAINTIFF
CHARLES J. FORD
Charles J. Ford
P.O. BOX 693
NEW BRITAIN, ct. 06051
APT. #704
TEL- 860-229-3317