UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES FORD | : | |
| Plaintiff, | : | |
| VS. | : | NO: 3:03 CV 150 (MRK) |
| | : | |
| NEW BRITAIN TRANSPORTATION | : | |
| COMPANY, CITY OF NEW BRITAIN, | : | |
| NEW BRITAIN POLICE DEPT. AND | : | |
| DAVID M. LORE | : | |
| Defendants | : | MARCH 2, 2005 |

## OBJECTION TO PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

The defendants, New Britain Transportation and David Lore, respectfully object Plaintiff's Motion for Entry of Judgment, dated February 11, 2005. This motion is premature on several counts. First, the court as of this date not ruled on the Plaintiff's Motion for Default and the Defendants' responsive pleading. Secondly, there has been no judgment entered as against the Defendants. Finally, the Practice Book Rules cited by the plaintiff, specifically, Rule 58, Rule 54b: (1) and (2) refer to motions for judgment following a jury verdict. This matter has not yet been tried by a jury. In fact, there is an outstanding Motion

to Dismiss filed by the Defendants. For that reason, the Plaintiff's motion should be denied.

DEFENDANTS:
NEW BRITAIN TRANSPORTATION
And DAVID LORE

BY _____
John A. Blazi, Esq.
Federal Bar No. CT01392
Law Offices of John A. Blazi
180 Church Street
Naugatuck, CT 06770

## **CERTIFICATION**

This is to certify that a copy of the above has been mailed this 2nd Day of March, 2005, to the following counsel of record:

Charles J. Ford
63 Walnut Street
New Britain, CT. 06051

Irena J. Urbaniak, Esq.
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, CT. 06051

Michael Farrell, Esq.
201 Center Street
West Haven, CT 06516

Jeffery F. Lahr, Esq.
Del Sol & Del Sol, LLC
46 South Whittlesey
Wallingford, CT 06492

Jeffery A. Dempsey, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06106

_____
John A. Blazi, Esq.
Federal Bar No. CT01392