UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES J. FORD, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv150 (MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW BRITAIN TRANS. CO., | : | |
| CITY OF NEW BRITAIN, | : | |
| NEW BRITAIN POLICE DEPARTMENT, | : | |
| DAVID M. LORE, | : | |
| CONNECTICUT STATE POLICE, | : | |
| EMERGENCY MEDICAL SERVICES | : | |
| ADMINISTRATION, | : | |
| DATTCO INC., | : | |
| DATTCO SCHOOL BUS DIVISION, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

This action came on for consideration on plaintiff's Motions for Default Entry 55(a), Motion for Entry of Judgment, and defendants' Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge.  On July 26, 2005, a Ruling entered granting the defendants' Motion to Dismiss, and denying as moot, plaintiff's Motion for Default Entry 55(a), and Motion for Entry of Judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the complaint is dismissed.

Dated at New Haven, Connecticut, this 29th day of July 2005.

KEVIN F. ROWE, CLERK

By   /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____