FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CHARLES J. FORD _____ PLAINTIFF

FILED

2005 SEP -9 A 11: 38

v.    CIVIL CASE NO. #3-03CV150 MRK

NEW BRITAIN TRANS. CO., DEFENDANT'S
CITY OF NEW BRITAIN, CONNECTICUT STATE POLICE
NEW BRITAIN POLICE DEPT. EMERGENCY MEDICAL SERVICE ADMIN.
DAVID M. LORE., DATTCO BUS IX,
DATTCO SCHOOL BUS DIVISION

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), **CHARLES J. FORD** (appealing party) respectfully requests leave to file the within notice of appeal out of time. **CHARLES J. FORD** (appealing party) desires to appeal the judgment in this action entered on **July 26, 2005**, but failed to file a notice of appeal within the required number of days because: PAPER WORK FROM COURT RECEIVED WEEK AND HALF LATE.

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

YOUR MAILMEN OR CARRIER'S FAILURE TO EXCUSABLE NEGLECT OR GOODCAUSE RECEIVED LATE UNABLE TO MAKE DUE DATE.

_Charles J Ford_
Signature

CHARLES J. FORD
Print Name

67 MARTIN LUTHER KING DR.
NEW BRITAIN, CT. 06051 #204
Address

Date: 9-9-2005

860-229-3317
Telephone Number

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.