UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

CHARLES J. FORD
_____
Plaintiff(s),

v.

NEW BRITAIN TRANS. CO.
CITY OF NEW BRITAIN
NEW BRITAIN POLICE DEPT.
DAVID M. LORE
CONNECTICUT STATE POLICE
EMERGENCY MEDICAL SERVICE
DATTCO INC. - DATTCO SCHOOL BUS DIVISION
Defendant(s).

Case No. 3-03150 MRK

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

MARTIN LUTHER
67 MARTIN LUTHER KING DR. APT. 704
NEW BRITAIN, CT 06051
860-229-3317

Name (print or type)
Street Address
City    State    Zip Code
( )
Telephone Number

Rev. 2/3/05

Page 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

CHARLES J. FORD
_____
Plaintiff(s),

NEW BRITAIN TRANS CO.
CITY OF NEW BRITAIN
NEW BRITAIN POLICE DEPT.   DATTCO INC.
DAVID M. LORE
CONNECTICUT STATE POLICE   DATTCO SCHOOL BUS DIVISION
EMERGENCY MEDICAL SERVICE
Defendant(s),

Case No. _____

I declare that:

(1) ✓ I am unable to pay such fees, costs, or give security therefor.

(2) ✓ I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓   Married ___   Separated ___   Divorced ___
If separated or divorced, are you paying any support or any form of maintenance?
Yes ___   No ___
Dependents: Wife ___   Children # ___   Others # ___
and relationship _____

Please provide the names and ages of your children. IF A CHILD IS A MINOR, PLEASE IDENTIFY THE CHILD BY INITIALS ONLY.

Name _____
Name _____   Age ___
Name _____   Age ___
                         Age ___

**RESIDENCE**
Street Address: 67 MARTIN LUTHER KING DR.
City: NEW BRITAIN   State: CONN.
Zip Code: 06051   Telephone: 860-229-3217

Rev. 2/3/05

## EDUCATION

Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 ⑧    High School  9 10 11 ⑫
College  1 ② 3 4    Post-Graduate  1 2 3 4

## EMPLOYMENT

If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income / Monthly _____ Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _31_ day of _1_, 19_80_
The name of my last employer: STANLEY TOOLS & WORKS
Address: MYRTLE STREET
Telephone #: ( )
The last salary or wages received: $1060.00

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income / Monthly _____ Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: _1981_
I am receiving $_523.00_ monthly _✓_ weekly _____.

## FINANCIAL STATUS

Owner of real property? Yes ___ No _✓_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev. 2/3/05

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash on hand: 4.00
Cash in banks and savings and loan associations: 2.
Names and addresses of banks and associations: _____

**OBLIGATIONS:**
Monthly rental on house or apartment: $ 146.00
Monthly mortgage payment on house: $ ___
Gas bill per month: $ ___
Electric bill per month: $ 80.00
Phone bill per month: $ ___
Car payments per month: $ ___
Car insurance payments per month: $ ___
Other types of insurance payments per month $ ___
Monthly payments to retail merchants:
  Please list: _____ $ ___
  Please list: _____ $ ___
Monthly payments on any other outstanding loans or debts: $ ___
  Please list: _____ $ ___
  Please list: _____ $ ___
Any money owed to doctors, hospitals, lawyers
  Please list: _____ $ ___
  Please list: _____ $ ___
Monthly payment for maintenance or child support under separation or dissolution agreement: $ 0
Estimated monthly expenditure on food: $ 200.00
Estimated monthly expenditure on clothing: $ 20.00

Total amount of monthly obligations: $ 446.00

Other information pertinent to financial status: (Include stocks, bonds, savings bonds,

interests in trusts either owned or jointly owned): 

_____
_____
_____

Date: 9-9-05        _____Charles J. Ford_____
                    Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9-9-05        _____Charles J. Ford_____
                    Original Signature of Affiant