UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES J. FORD, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv150 (MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW BRITAIN TRANS. CO., | : | |
| CITY OF NEW BRITAIN, | : | |
| NEW BRITAIN POLICE DEPARTMENT, | : | |
| DAVID M. LORE, | : | |
| | : | |
| Defendants. | : | |

## ORDER TO SHOW CAUSE

Currently pending before the Court is *pro se* Plaintiff Charles J. Ford's Motion for Extension of Time to file a notice of appeal [doc. #88] from the judgment entered by this Court on August 1, 2005 [doc. #87].[1]

Federal Rule of Appellate Procedure 4(a)(1)(A) requires a party to file a notice of appeal within thirty (30) days of the entry of the judgment from which that party wishes to appeal. However, Federal Rule of Appellate Procedure 4(a)(5)(A) permits the district court to extend, for excusable neglect or good cause, the time in which a party may appeal if the party files a motion for an extension of time no later than thirty (30) days from the end of the thirty-day period provided in Federal Rule of Appellate Procedure Rule 4(a)(1)(A).

---

[1] In his Motion for Extension of Time [doc. #88], Mr. Ford refers to judgment entered on July 26, 2005. Although the Court ruled on various motions on that date [doc. #86], judgment in the case was not entered for Defendants until August 1, 2005 [doc. #87].

In his Motion for Extension of Time to file a notice of appeal [doc. #88], filed on September 12, 2005, Mr. Ford explains that he was not able to file his notice of appeal within the time allowed because "paper work [sic] from [the] court [was] received [a] week and [a] half late." Mr. Ford's motion is timely under Rule 4(a)(5)(A) and the Court is inclined to accept Mr. Ford's excuse.

However, the record does not reflect that Mr. Ford gave Defendants notice of his Motion for Extension of Time, as required by Federal Rule of Appellate Procedure 4(a)(5)(B). Accordingly, **the Court hereby notifies Defendants**:

(i) that Mr. Ford has filed a Motion for Extension of Time to file a notice of appeal [doc. #88], available to opposing counsel through CMECF; and

(ii) that absent objection **by September 21, 2005,** the Court will grant Mr. Ford's Motion for Extension of Time to file a notice of appeal [doc. #88].

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
United States District Judge

**Dated at New Haven, Connecticut: <u>September 14, 2005</u>.**