FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**RECEIVED SEP 09 2005 U.S. DISTRICT COURT HARTFORD, CONN.**

CHARLES J. FORD    PLAINTIFF

NEW BRITAIN TRANS. CO., DEFENDANT'S
CITY OF NEW BRITAIN,
NEW BRITAIN POLICE DEPT.
DAVID M. LORE.,
CONNECTICUT STATE POLICE
EMERGENCY MEDICAL SERVICE AMIN.
DATTCO INC.
DATTCO SCHOOL BUS DIVISION

CIVIL CASE NO. # 3-03 CV 150 MRK

United States District Court
District of Connecticut
FILED AT NEW HAVEN
9/9 2005
Kevin F. Rowe, Clerk

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), CHARLES J. FORD PRO. SE. hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order): HONORABLE MARK R. KRAVITZ, UNITED STATES DISTRICT JUDGE - UNITED STATES DISTRICT COURT OF NEW HAVEN DISTRICT OF CONNECTICUT

2. The Judgment/Order in this action was entered on JULY 26, 2005.
(date)

_Charles J Ford_
**Signature**

CHARLES J. FORD
**Print Name**

62 MARTIN LUTHER KING DR.
NEW BRITAIN, CT. 06051 APT. #704
**Address**

Date: 9-9-2005

860-229-3317
**Telephone Number**

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES J. FORD,                            :
                                            :
                    Plaintiff,              :    NO.    3:03cv150 (MRK)
                                            :
v.                                          :
                                            :
NEW BRITAIN TRANS. CO.,                     :
CITY OF NEW BRITAIN,                        :
NEW BRITAIN POLICE DEPARTMENT,              :
DAVID M. LORE,                              :
CONNECTICUT STATE POLICE,                   :
EMERGENCY MEDICAL SERVICES                  :
ADMINISTRATION,                             :
DATTCO INC.,                                :
DATTCO SCHOOL BUS DIVISION,                 :
                                            :
                    Defendants.             :

## JUDGMENT

This action came on for consideration on plaintiff's Motions for Default Entry 55(a), Motion for Entry of Judgment, and defendants' Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge. On July 26, 2005, a Ruling entered granting the defendants' Motion to Dismiss, and denying as moot, plaintiff's Motion for Default Entry 55(a), and Motion for Entry of Judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the complaint is dismissed.

Dated at New Haven, Connecticut, this 29th day of July 2005.

KEVIN F. ROWE, CLERK

By  /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
EOD: _____    Deputy Clerk