UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES J. FORD, | : | |
| | : | |
| Plaintiff, | : | NO.    3:03cv150 (MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW BRITAIN TRANS. CO., | : | |
| CITY OF NEW BRITAIN, | : | |
| NEW BRITAIN POLICE DEPARTMENT, | : | |
| DAVID M. LORE, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Currently pending before the Court is *pro se* Plaintiff Charles J. Ford's Motion for Extension of Time to file a notice of appeal [doc. #88].

On September 14, 2005 this Court issued an Order to Show Cause [doc. # 90], notifying the Defendants that Mr. Ford had filed a Motion for Extension of Time [doc. #88], and that, absent objection by September 21, 2005, his motion would be granted.

The September 21, 2005 deadline for filing objections having passed, in the absence of objections from defense counsel, and for the reasons stated in this Court's Order [doc. #90], the Court GRANTS Mr. Ford's Motion for Extension of Time to file a notice of appeal [doc. #88].

**The Clerk is directed to docket the appeal.**

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: September 23, 2005.**