UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES J. FORD, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv150 (MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW BRITAIN TRANS. CO., | : | |
| CITY OF NEW BRITAIN, | : | |
| NEW BRITAIN POLICE DEPARTMENT, | : | |
| DAVID M. LORE, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Currently pending before the Court is *pro se* Plaintiff Charles J. Ford's Motion for Leave to Proceed *In Forma Pauperis* [doc. #89] on appeal from this Court's ruling dismissing Mr. Ford's suit [doc. #86]. Mr. Ford's Motion for Leave to Proceed *In Forma Pauperis* [doc. #89] is hereby GRANTED.

IT IS SO ORDERED.


/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: December 13, 2005.**