Conn (NewHaven)
Kravitz
03-Cv-150

## MANDATE

05-5055
Ford v. New Britain Trans Co.

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to summary orders filed after January 1, 2007, is permitted and is governed by this court's Local Rule 32.1 and Federal Rule of Appellate Procedure 32.1. In a brief or other paper in which a litigant cites a summary order, in each paragraph in which a citation appears, at least one citation must either be to the Federal Appendix or be accompanied by the notation: "(summary order)." A party citing a summary order must serve a copy of that summary order together with the paper in which the summary order is cited on any party not represented by counsel unless the summary order is available in an electronic database which is publicly accessible without payment of fee (such as the database available at http://www.ca2.uscourts.gov/). If no copy is served by reason of the availability of the order on such a database, the citation must include reference to that database and the docket number of the case in which the order was entered.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of September, two thousand seven.

Present:     HON. ROBERT A. KATZMANN,
             HON. BARRINGTON D. PARKER,
             HON. PETER W. HALL,
                          *Circuit Judges,*



UNITED STATES COURT OF APPEALS
FILED
SEP - 6 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

----

CHARLES J. FORD,

               *Plaintiff-Appellant,*

        - v -              No. 05-5055-cv

NEW BRITAIN TRANS CO, CITY OF NEW BRITAIN, NEW
BRITAIN POLICE DEPT, DAVID M. LORE, CONNECTICUT
STATE POLICE DEPT, STATE OF CONNECTICUT,

               *Defendants-Appellees,*

EMERGENCY MEDICAL SERVICES ADMINISTRATION,
DATTCO, INC, DATTCO SCHOOL BUS DIVISION,
               *Movants.*

Mandated: 10/16/07

Submitted For Plaintiff-Appellant:        CHARLES J. FORD, *pro se*,
                                           New Britain, CT

Submitted For Defendants-Appellees:        DREW S. GRAHAM, Assistant Attorney General
                                           Hartford, CT

                                           JOHN A. BLAZI, Law Offices of John A. Blazi
                                           Waterbury, CT

Appeal from the United States District Court for the District of Connecticut (Kravitz, *J.*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and it hereby is **AFFIRMED**.

Plaintiff-appellant Charles J. Ford, *pro se*, appeals from the judgment of the United States District Court for the District of Connecticut (Kravitz, *J.*) dismissing his fifth amended complaint. The parties' familiarity with the facts is assumed. For the reasons stated in the District Court's order entered July 25, 2005, the judgment of the district court is **AFFIRMED**.

                                  FOR THE COURT:
                                  CATHERINE O'HAGAN WOLFE, CLERK

                          By: *Lucille Carr*

                                  A TRUE COPY
                          Catherine O'Hagan Wolfe, Clerk

                          by

                                  DEPUTY CLERK

-2-